UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA COHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Hon. Richard J. Holwell |
| ) | |
| STEVEN COHEN, DONALD COHEN, BRETT ) | Case No.: 09 CV 10230 (RJH) |
| LURIE, EDWARD BAO, SAC CAPITAL ) | |
| MANAGEMENT, INC., DONALD T. COHEN ) | **ECF CASE** |
| C.P.A., P.A., and GRUNTAL & CO. L.L.C., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that, upon the annexed Declaration of Dr. Gaytri D. Kachroo in Support of Motion to Withdraw as Counsel, dated June 9, 2010, Dr. Gaytri D. Kachroo and Kachroo Legal Services, P.C., attorney of record for Plaintiff Patricia Cohen ("Plaintiff"), will move this Court, Honorable Richard J. Holwell presiding, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an Order to withdraw as counsel of record on behalf of Plaintiff, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the discretion of the Court, and for such other relief as the Court

deems just and appropriate under the circumstances.

Dated:  June 9, 2010

          Respectfully submitted,

          KACHROO LEGAL SERVICES, P.C.

          By:/s/ Gaytri D. Kachroo
          Dr. Gaytri D. Kachroo (GK2010)

          Kachroo Legal Services, P.C.
          Kendall Square Center
          245 First Street, Suite 1800
          Cambridge, MA 02142
          (617) 444-8779
          (617) 864-1125 (Fax)

          gkachroo@kachroolegal.com

          *Counsel for Plaintiff Patricia Cohen*

## **CERTIFICATE OF SERVICE**

I, Gaytri D. Kachroo, hereby certify that a copy of the foregoing Notice of Motion to Withdraw as Counsel of Record, and the annexed Declaration of Dr. Gaytri D. Kachroo in Support of the Motion to Withdraw as Counsel, were served upon all the parties of record by the Electronic Case Filing system, and was mailed by overnight mail to Plaintiff Patricia Cohen at 25 Central Park West, New York, New York 10023.

Dated:  June 9, 2010

/s/ Gaytri D. Kachroo
Dr. Gaytri D. Kachroo (GK2010)

Kachroo Legal Services, P.C.
Kendall Square Center
245 First Street, Suite 1800
Cambridge, MA 02142
(617) 444-8779
(617) 864-1125 (Fax)

gkachroo@kachroolegal.com

*Counsel for Plaintiff Patricia Cohen*