| | |
|---|---|
| PATRICIA COHEN,           ) | |
| ) | |
| Plaintiff,        ) | Hon. Richard J. Holwell |
| ) | |
| v.                            ) | Case No. 09 CV 10230 (RJH) |
| ) | |
| STEVEN COHEN, DONALD COHEN, BRETT LURIE, et al.     ) | |
| ) | |
| Defendants.     ) | |

**NOTICE OF DISMISSAL**

Plaintiff, Patricia Cohen, hereby dismisses her claims against Defendants Edward Bao and Gruntal & Co. L.L.C., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 3, 2010

                                                    Respectfully Submitted
                                                    FOSTER PC

By:    /s/ Howard W. Foster
        Howard Foster
        Matthew Galin

        Foster PC
        150 N. Wacker Drive
        Suite 150
        Chicago, Illinois 60606
        (312) 726-1600
        (866) 470-5738 (Fax)

        Christopher S. Hinton.
        The Hinton Law Firm
        350 Fifth Avenue, Suite 5508
        New York, NY 10118
        Tel: (646) 723-3377
        Fax: (212) 202-3827

        *Counsel for Plaintiff Patricia Cohen*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on August 3, 2010 the foregoing **NOTICE OF DISMISSAL** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

    /s/Howard W. Foster
    Howard W. Foster
    Foster PC
    150 North Wacker Drive, Suite 2150
    Chicago, Illinois 60606
    (312) 726-1600
    hfoster@fosterpc.com