UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA COHEN, | ) |
| Plaintiff, | ) Hon. William H. Pauley, III |
| v. | ) Case No. 09 CV 10230 |
| STEVEN COHEN, DONALD COHEN, BRETT LURIE, et al. | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS ATTORNEY

I, Howard W. Foster, attorney for Plaintiff, Patricia Cohen, hereby move to withdraw my appearance for her, pursuant to S.D.L.R. 1.4.  This motion is supported by the accompanying memorandum, as well as my affidavit.

Wherefore, I, Howard W. Foster, counsel for Plaintiff Patricia Cohen, seek leave to withdraw my appearance for her in this case immediately.

Dated:  May 13, 2013                Respectfully Submitted,

/s/ Howard W. Foster
Howard W. Foster
Matthew A. Galin
FOSTER P.C.
150 N. Wacker Drive
Suite 2150
Chicago, Illinois 60606
Tel: (312) 726-1600
Fax: (866) 470-5738

1

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on May 13, 2013 the foregoing **MOTION TO WITHDRAW AS ATTORNEY** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/Howard W. Foster