UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA COHEN, ) | |
| ) | |
| Plaintiff, ) | Hon. William H. Pauley, III |
| ) | |
| v. ) | Case No. 09 CV 10230 |
| ) | |
| STEVEN COHEN, DONALD COHEN, BRETT LURIE, et al. ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY

I, Matthew A. Galin, counsel for Plaintiff Patricia Cohen, hereby move to withdraw my appearance for her pursuant to S.D.L.R. 1.4.  This Memorandum is supported by the following facts:

1. Patricia Cohen retained Howard Foster and Matthew Galin (hereafter "Plaintiff's Counsel") to represent her in this matter on or about June 2010.

2. Plaintiff's Counsel was primarily responsible for drafting the Second Amended Complaint, responding to the Motion to Dismiss in the district court, and handling the appeal in the Second Circuit Court of Appeals.

3. During this period of time, Plaintiff's Counsel was lead counsel for Patricia Cohen.

4. After the decision in Second Circuit was rendered, Plaintiff and Plaintiff's Counsel reached the mutual decision that Plaintiff's Counsel should withdraw from

1

representing Patricia Cohen in this case. Plaintiff intends to retain new counsel within thirty days (likely sooner).

5. A copy of this Motion, as well the Court's Order from May 9, 2013, has been served upon Plaintiff. As such, Plaintiff is aware of the upcoming calendar dates scheduled by this Court in its order from May 9, 2013.

Wherefore, I, Matthew A. Galin, counsel for Plaintiff Patricia Cohen, seek leave to withdraw my appearance for her in this case immediately.

Dated: May 13, 2013                                   Respectfully Submitted,

/s/ Matthew A. Galin
Howard W. Foster
Matthew A. Galin
FOSTER P.C.
150 N. Wacker Drive
Suite 2150
Chicago, Illinois 60606
Tel: (312) 726-1600
Fax: (866) 470-5738

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on May 13, 2013 the foregoing **MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/Matthew A. Galin