# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA COHEN, | |
| Plaintiff, | Hon. William H. Pauley, III |
| v. | Case No. 09 CV 10230 |
| STEVEN COHEN, DONALD COHEN, BRETT LURIE, et al. | **AFFIDAVIT OF MATTHEW A. GALIN IN SUPPORT OF MOTION TO WITHDRAW APPEARANCES** |
| Defendants. | |

STATE OF NEW YORK )
COUNTY OF NEW YORK )

MATTHEW GALIN, being duly sworn, deposes and says:

1. This Affidavit is being submitted in connection with the Motion to Withdraw, and in accordance with S.D.L.R. 1.4.

2. Plaintiff Patricia Cohen ("Patricia") retained Mr. Foster and myself to represent her in this matter on or about June 2010.

3. I worked under the direction of Mr. Foster in assisting with drafting the Second Amended Complaint, responding to the Motion to Dismiss in the district court, and in working on the appeal in the Second Circuit Court of Appeals.

4. After the decision in Second Circuit was rendered, I understand that Patricia and Mr. Foster reached the mutual decision that Foster PC should withdraw from representing her in this case going forward.

5. I understand that Patricia will retain new counsel within thirty days.

1

_[signature]_
Matthew A. Galin

Sworn to before me
This 13th day of May, 2013

_[signature: Pearlie Holmes]_
Notary Public

> OFFICIAL SEAL
> PEARLINE HOLMES
> Notary Public - State of Illinois
> My Commission Expires Aug 17, 2014