N.Y.S.D. Case #
09-cv-10230(RJH)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand and thirteen.

Before:   Pierre N. Leval,
          Robert D. Sack,
          Peter W. Hall,
                  *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 15, 2013

Patricia Cohen,

   Plaintiff-Appellant,

v.

Steven A. Cohen, Donald T. Cohen, C.P.A., P.A.,

   Defendants-Appellees.

STATEMENT OF COSTS
Docket No. 11-1390

DOCKETED AS
A JUDGMENT # 13,1000
ON 5/15/13

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,664.80 in favor of the appellant.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe, with Second Circuit seal]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature]*

CERTIFIED COPY ISSUED ON 05/15/2013