UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                   :

PATRICIA COHEN,                            :          09 Civ. 10230 (WHP)
                                                   :          <u>Electronically Filed</u>
             Plaintiff,                 :
                                                   :          NOTICE OF APPEARANCE
          – *against* –              :          AND REQUEST FOR
                                                   :          ELECTRONIC NOTIFICATION

STEVEN COHEN, et. al.               :

             Defendant.              :
------------------------------------------------------x

     Please take notice that Aaron J. Mysliwiec, Esq., hereby appears in this action on behalf of PATRICIA COHEN and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

     I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated: New York, New York
         July 10, 2013

                                                      Respectfully submitted,

                                                     /s/Aaron J. Mysliwiec
                                                    Aaron J. Mysliwiec
                                                    Miedel & Mysliwiec, P.C.
                                                    111 Broadway, Suite 1401
                                                    New York, New York 10006
                                                    (212) 616 - 3046
                                                    am@fmamlaw.com

                                                   *Attorney for Plaintiff Patricia Cohen*