Jillian McNeil
**BALESTRIERE, FARIELLO & ABRAMS**
225 Broadway, Suite 2900
New York, NY 10007
Telephone: 646-912-8463
Facsimile:  (212) 208-2613
*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PATRICIA COHEN,** | Index No. 09-cv-10230 |
| Plaintiff, | ECF |
| - against - | **NOTICE OF APPEARANCE OF JILLIAN L. MCNEIL ON BEHALF OF PLAINTIFF** |
| **STEVEN COHEN, DONALD COHEN, AND BRETT LURIE**, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned attorney, Jillian McNeil, an attorney with Balestriere, Fariello & Abrams, does hereby represent Plaintiff Patricia Cohen in this matter. Pursuant to Federal Rule of Civil Procedure 5, please direct all further notice and copies of pleadings, papers, and other material relevant to this action to Jillian McNeil at *jillian.mcneil@balestrierefariello.com*.

Dated: New York, NY
August 19, 2013

                                              Respectfully submitted,

                                              */s/ Jillian McNeil*
                                              Jillian McNeil
                                              **BALESTRIERE, FARIELLO & ABRAMS**
                                              225 Broadway, Suite 2900
                                              New York, NY 10007
                                              Telephone:   646-912-8463
                                              Facsimile:    (212) 208-2613
                                              *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on the following counsel of record on August 19, 2013, via the methods listed below:

**By ECF and Email**

Martin Klotz (mklotz@willkie.com)
Tariq Mundiya (tmundiya@willkie.com)
Jeffrey B. Korn (jkorn@willkie.com)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY  10019
*Attorneys for Defendants Steven Cohen and Donald Cohen*

                                         */s/ Jillian McNeil*
                                         Jillian McNeil
                                         **BALESTRIERE, FARIELLO & ABRAMS**
                                         225 Broadway, Suite 2900
                                         New York, NY 10007
                                         Telephone:    646-912-8463
                                         Facsimile:     (212) 208-2613
                                         *Attorneys for Plaintiff*