John Balestriere
**BALESTRIERE, FARIELLO & ABRAMS**
225 Broadway, Suite 2900
New York, NY 10007
Telephone: (212) 374-5401
Facsimile:  (212) 208-2613
*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PATRICIA COHEN,** | Index No. 09-cv-10230 |
| Plaintiff, | ECF |
| - against - | **NOTICE OF APPEARANCE OF JOHN BALESTRIERE ON BEHALF OF PLAINTIFF** |
| **STEVEN COHEN, DONALD COHEN, AND BRETT LURIE**, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned attorney, John Balestriere, an attorney with Balestriere, Fariello & Abrams, does hereby represent Plaintiff Patricia Cohen in this matter. Pursuant to Federal Rule of Civil Procedure 5, please direct all further notice and copies of pleadings, papers, and other material relevant to this action to John Balestriere at *john.balestriere@balestrierefariello.com*.

Dated: New York, NY
August 19, 2013

                                                          Respectfully submitted,

                                                          */s/ John Balestriere*
                                                          John Balestriere
                                                          **BALESTRIERE, FARIELLO & ABRAMS**
                                                          225 Broadway, Suite 2900
                                                          New York, NY 10007
                                                          Telephone:   (212) 374-5401
                                                          Facsimile:     (212) 208-2613
                                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on the following counsel of record on August 19, 2013, via the methods listed below:

**By ECF and Email**

Martin Klotz (mklotz@willkie.com)
Tariq Mundiya (tmundiya@willkie.com)
Jeffrey B. Korn (jkorn@willkie.com)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY  10019
*Attorneys for Defendants Steven Cohen and Donald Cohen*

 

/s/ Jillian McNeil
Jillian McNeil
**BALESTRIERE, FARIELLO & ABRAMS**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:    646-912-8463
Facsimile:    (212) 208-2613
*Attorneys for Plaintiff*