Kevin P. Roddy
**WILENTZ, GOLDMAN & SPITZER, P.A.**
110 William Street, 26th Floor
New York, New York 10038
Telephone: (212) 267-3091
*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PATRICIA COHEN**, | Index No. 09-cv-10230 |
| Plaintiff, | ECF |
| - against - | **NOTICE OF APPEARANCE OF KEVIN P. RODDY ON BEHALF OF PLAINTIFF** |
| **STEVEN COHEN, DONALD COHEN, AND BRETT LURIE**, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned attorney, Kevin P. Roddy, an attorney with Wilentz, Goldman & Spitzer, P.A., does hereby represent Plaintiff Patricia Cohen in this matter. Pursuant to Federal Rule of Civil Procedure 5, please direct all further notice and copies of pleadings, papers, and other material relevant to this action to Kevin Roddy at *kroddy@wilentz.com*.

Dated: New York, NY
August 20, 2013

        Respectfully submitted,

        */s/ Kevin Roddy*
        Kevin P. Roddy
        **WILENTZ, GOLDMAN & SPITZER, P.A.**
        110 William Street, 26th Floor
        New York, New York 10038
        Telephone: (212) 267-3091
        *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on the following counsel of record on August 20, 2013, via the methods listed below:

**By ECF and Email**

Martin Klotz (mklotz@willkie.com)
Tariq Mundiya (tmundiya@willkie.com)
Jeffrey B. Korn (jkorn@willkie.com)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY  10019
*Attorneys for Defendants Steven Cohen and Donald Cohen*

/s/ Jillian McNeil
Jillian McNeil
**BALESTRIERE, FARIELLO & ABRAMS**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:    646-912-8463
Facsimile:    (212) 208-2613
*Attorneys for Plaintiff*