```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PATRICIA COHEN,             :

                Plaintiff,       :

         -against-            :

STEVEN COHEN *et al.*,          :

                Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

09 Civ. 10230 (WHP)

ORDER FOR CONFERENCE

WILLIAM H. PAULEY III, District Judge:

Counsel are directed to appear in Courtroom 20B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on September 19, 2013 at 5:00 p.m. for a conference with the Court for the purpose of discussing Plaintiff's request to amend her complaint for a third time.

Dated: September 17, 2013
       New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

Kevin Peter Roddy
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Woodbridge, NJ 07095
*Counsel for Plaintiff*

Martin B Klotz
Willkie Farr & Gallagher LLP (NY)
787 Seventh Avenue
New York, NY 10019
*Counsel for Defendants*