USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PATRICIA COHEN,

                 Plaintiff,

     -against-

STEVEN COHEN et al.,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

09 Civ. 10230 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Counsel for Plaintiff and Defendants Steven and Donald Cohen having appeared for a conference on September 19, 2013, the following schedule is established on consent:

1. Plaintiff shall serve and file their third—and final—amended complaint by October 2, 2013.

2. Defendants shall serve and file any motion to dismiss by October 16, 2013.

3. Plaintiff shall serve and file any opposition to the motion by October 30, 2013.

4. Defendant shall serve and file any reply by November 8, 2013;

5. This Court will hear oral argument on the motion on November 21, 2013 at 5:00 p.m.

The Clerk is directed to terminate the motion pending at ECF #85.

Dated: September 23, 2013
       New York, New York

                             SO ORDERED:

                             WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of Record*:

Joshua Lewis Dratel
Law Offices of Joshua L. Dratel, P.C.
2 Wall Street, 3rd Floor
New York, NY 10005

Kevin Peter Roddy
Wilentz, Goldman & Spitzer, P. A.(NJ)
90 Woodbridge Center Drive
Woodbridge, NJ 07095

Jillian Lee McNeil
Balestriere, Fariello & Abrams LLP
225 Broadway
Suite 2900
New York, NY 10007
*Counsel for Plaintiff*


Martin B Klotz
Willkie Farr & Gallagher LLP (NY)
787 Seventh Avenue
New York, NY 10019
*Counsel for Defendants*