UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| PATRICIA COHEN, | |
| Plaintiff, | Index No. 09 CV 10230 |
| -against- | Hon. William H. Pauley – Courtroom 20B |
| STEVEN COHEN, DONALD COHEN and BRETT LURIE, | NOTICE OF SUBSTITION OF ATTORNEYS AND CONSENT AND STIPULATION AND ORDER TO CHANGE ATTORNEYS |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The undersigned counsel hereby stipulate, and the undersigned plaintiff hereby consents, to the substitution of the law firm of Wilentz, Goldman & Spitzer, P.A., by and through Kevin P. Roddy, a member of the bar of this court, as attorneys of record for plaintiff Patricia Cohen in the above-captioned action in place and instead of Balestriere, Fariello & Abrams LLP and John G. Balestriere, Esq.

Dated: New York, New York
September 25, 2013

By: _____
John G. Balestriere
BALESTRIERE, FARIELLO & ABRAMS
225 Broadway, Suite 2900
New York, NY 10007
Telephone: (212) 374-5401
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
*Outgoing Counsel for Plaintiff*

Page 1 of 2

By: _____
Kevin P. Roddy
**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Telephone: (732) 636-8000
*Counsel for Plaintiff*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

SUBSTITUTION CONSENTED TO:

_____
Patricia Cohen
**PLAINTIFF**