UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................................X
:
PATRICIA COHEN, :
: Hon. William H. Pauley III
*Plaintiff*, :
:  No. 09 CV 10230 (WHP)
-against- :
: **ECF Case**
STEVEN COHEN, DONALD COHEN, and :
BRETT LURIE, : **ORAL ARGUMENT REQUESTED**
:
*Defendants*. :
:
...................................................................X

## NOTICE OF RENEWED MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the annexed Declaration of Martin Klotz, executed on October 16, 2013, the exhibits attached thereto, and the accompanying brief, Defendants Steven Cohen and Donald Cohen will move this Court, before the Honorable William H. Pauley III, at the Daniel Patrick Moynihan United States Courthouse, in Courtroom 20B, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(a) and 9(b) dismissing the Plaintiff's Second Amended Complaint in the above-captioned action with prejudice and granting such other and further relief as the Court deems just and proper.

Dated: October 16, 2013
New York, New York

10562435.1                                    -2-

 

                                        WILLKIE FARR & GALLAGHER LLP

By: _____
     Martin Klotz
     mklotz@willkie.com
     Tariq Mundiya
     tmundiya@willkie.com
     Jeffrey B. Korn
     jkorn@willkie.com

     787 Seventh Avenue
     New York, New York 10019
     Tel: (212) 728-8000

*Attorneys for Defendants Steven Cohen and Donald Cohen*

TO:    Kevin P. Roddy
        Wilentz, Goldman & Spitzer, P.A.
        90 Woodbridge Center Drive, Suite 900
        Woodbridge, NJ 07095
        (732) 636-8000

        Joshua L. Dratel, Esq.
        Law Offices of Joshua L. Dratel, P.C.
        29 Broadway
        Suite 1412
        New York, New York  10006
        (212) 732-0707

        *Attorney for Plaintiff Patricia Cohen*