

**JOHN G. BALESTRIERE**
BALESTRIERE, FARIELLO & ABRAMS LLP
225 Broadway, Suite 2900
New York, NY 10007
Phone:   +1.212.374.5401
Fax:       +1.212.208.2613
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

October 28, 2013

**VIA ECF**
Hon. William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Rm. 1920
New York, NY 10007

      Re:   *Patricia Cohen v. Steven Cohen, Donald Cohen, and Brett Lurie*, Index No. 09-CV-10230

Dear Judge Pauley:

    I write to respectfully request the status of Plaintiff's Notice of Substitution of Attorneys and Consent and Stipulation and Order to Change Attorneys, filed September 25, 2013, Dkt. No. 98 (the "Substitution Stipulation").

    The Substitution Stipulation was entered into by Plaintiff Patricia Cohen and counsel of record Kevin P. Roddy. It substituted counsel from Wilentz, Goldman & Spitzer, P.A. for counsel from the law firm Balestriere, Fariello and Abrams LLP.

Respectfully,

John Balestriere

cc:   Joshua L. Dratel, Esq. (via email: jdratel@joshuadratel.com)
      Martin Klotz, Esq. (via email: mklotz@willkie.com)
      Jeffrey B. Korn, Esq. (via email: jkorn@willkie.com)
      Jillian McNeil, Esq. (via email: jillian.mcneil@balestrierefariello.com)
      Philip Menchaca (via email: philip.menchaca@balestrierefariello.com)
      Tariq Mundiya, Esq. (via email: tmundiya@willkie.com)
      Kevin P. Roddy, Esq. (via email: kroddy@wilentz.com)