```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-29-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x
Cohen                               :
                 Plaintiff,         :     09 Civ. 10230 (LAP)
     -against-                      :
                                    :     ORDER OF CONFERENCE
Cohen                               :
                 Defendants.        :
-------------------------------------x

LORETTA A. PRESKA, Chief United States District Judge:


It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on May 13, 2014 at 10:00 a.m. for a conference in the above action.


SO ORDERED

Dated: April 29, 2014


                                    _____
                                    LORETTA A. PRESKA, Chief U.S.D.J.