LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL

LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

May 2, 2014

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Patricia Cohen v. Steven Cohen, et al.*,
    09 Civ. 10230 (LAP)

Dear Judge Preska:

This letter is submitted in relation to the May 13, 2014, conference (at 10:00 a.m.) the Court has scheduled in the above-entitled case, in which I represent the plaintiff, Patricia Cohen. As the Court is aware, Gerald B. Lefcourt, Esq., has entered a Notice of Appearance for Ms. Cohen, substituting for me as her counsel. Consequently, I respectfully request that the Court order me relieved as Ms. Cohen's counsel. In addition, I respectfully request that I be excused from the May 13, 2014, conference because I am currently on trial in *United States v. Mostafa*, 04 Cr. 356 (KBF), before Judge Katherine B. Forrest. I have spoken to both Ms. Cohen and Sheryl E. Reich, Esq., of Mr. Lefcourt's office, and neither has any objection to my being relieved and being excused from the May 13, 2014, conference.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
May 6, 2014

Respectfully submitted,

Joshua L. Dratel

JLD/
cc:   Gerald B. Lefcourt, Esq.
      Martin B. Klotz, Esq.