# WILENTZ
## WILENTZ, GOLDMAN & SPITZER P.A.
**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0358
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

www.wilentz.com

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)
WARREN W. WILENTZ (1949-2010)

RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
JAMES E. TRABILSY
MAUREEN S. BINETTI◁
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT◁
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
KEVIN M. BERRY[2]
JOHN T. KELLY[2]
EDWIN LEAVITT-GRUBERGER[2]
BARRY A. COOKE
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE
HESSER G. McBRIDE, JR.

ERIC JOHN MARCY
ROBERT C. KAUTZ[2,8]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,8,3]
DANIEL S. BERNHEIM 3d[13]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
DOMINICK J. BRATTI
LISA A. GORAB[2]
LAWRENCE F. JACOBS[2]
BETH HINSDALE-PILLER
FRED HOPKE[1]
DONALD E. TAYLOR[3]
BRETT R. HARRIS[2]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[10]
GRACE D. MACK[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[4]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[2,4]
DAVID P. PEPE
JOHN E. HOGAN[2]
EVERETT M. JOHNSON[2]
DANIEL R. LAPINSKI[2,3]
TODD E. LEHDER[5,7]
PHILIP A. TORTORETI[11,12]
KELLY A. ERHARDT-WOJIE[3]
ALEX LYUBARSKY[2]
ELLEN TORREGROSSA-O'CONNOR
MICHAEL A. PAFF[2]
JOSEPH J. RUSSELL, JR.[2]

**OF COUNSEL**
ALAN B. HANDLER[5]
FRANCIS V. BONELLO
BRUCE M. KLEINMAN[2,5]
C. KENNETH SHANK[2]

**COUNSEL**
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]
ROBERTO BENITES
JONATHAN J. BART[1,2,3]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[2,3]
BARBARA J. KOONZ[2,10]
EDWARD J. ALBOWICZ[2]
ELIZABETH C. DELL[2]
ROBERT L. SELVERS[2]
JOHN P. MURDOCH II
GREGORY D. SHAFFER[2]◁
ALYSON M. LEONE[2]

**ASSOCIATES**
LINDA LASHBROOK
ALBERTINA WEBB[2]
MARY H. SMITH
STEPHANIE D. GIRONDA
LOUIS J. SEMINSKI, JR.
MICHAEL F. FRIED[2]
MATTHEW SKOLNIK[5]
VINCENT CHENG[2]
KEITH L. HOVEY[2,3]

CHAD YABLONSKY[2]
CHERYL E. CONNORS
JAMES TRACY
DANIEL J. KLUSKA
KARIN K. SAGE
CORINNE L. McCANN
SATISH V. POONDI
KUSH SHUKLA[2,10]
RACHEL C. HEINRICH[3]
ANNEMARIE T. GREENAN[3]
ERIC M. FINKELSTEIN[2]
NANOR L. TERJANIAN[2]
ANDREW GROUS[2,3]
BRIDGET V. KANE
RISA M. CHALFIN
JUSTIN HOLLANDER[2]
LISA GORA

◁ Certified Civil Trial Attorney
⬜ Certified Criminal Trial Attorney
† Certified Workers Comp. Attorney
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

Please reply to:
Woodbridge
Direct Dial: (732) 855-6402
Direct Fax: (732) 726-6686
Email: kroddy@wilentz.com

May 7, 2014

**VIA ECF**

The Honorable Loretta A. Preska
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12A
New York, NY  10007

    Re:    *Patricia Cohen v. Steven Cohen,*
              Case No. 09 Civ. 10230 (LAP)

Dear Chief Judge Preska:

    Since August 20, 2013, the undersigned attorney and this Firm have served as one of the counsel for Plaintiff, Patricia Cohen, in the above-referenced civil action.  *See, e.g.,* Dkt. No. 90 (Notice of Appearance).

    As the Court is aware, on April 28, 2014, Gerald B. Lefcourt, Esq. and other members of his firm filed Notices of Appearance for Ms. Cohen.  *See, e.g.,* Dkt. No. 116 *et seq.*  It is understood that the purpose of such Notices of Appearance is to substitute Mr. Lefcourt and his colleagues for me and Joshua L. Dratel, Esq., as counsel for Ms. Cohen.  *See* Dkt. No. 120.

    This letter concerns the status conference scheduled by Your Honor for Tuesday, May 13, at 10:00 a.m.  *See* Dkt. No. 119.  Given the above-references Notices of Appearance recently filed by Mr. Lefcourt and his colleagues, I respectfully request that (1) this Court enter an Order relieving me as counsel for Ms. Cohen, and (2) excuse me from the status conference scheduled for Tuesday, May 13.  I note that earlier today, Your Honor granted similar relief to Mr. Dratel in response to his letter dated May 2, 2014.  *See* Dkt. No. 121.

#7521199.1



Hon. Loretta A. Preska
Re: *Cohen v. Cohen,* Civil No. 09 Civ. 10230 (LAP)
May 7, 2014
Page 2

    I have spoken to Sheryl E. Reich, Esq., of Mr. Lefcourt's firm, and she has no objection to our being relieved and my being excused from the status conference on Tuesday, May 13.

    We thank Your Honor for your attention to this matter, and we trust that our requests will be received with favorable consideration.

    Respectfully submitted,

WILENTZ, GOLDMAN & SPITZER, P.A.

KEVIN P. RODDY
Counsel for Plaintiff, Patricia Cohen

Cc:   Gerald B. Lefcourt, Esq.
      Martin B. Klotz, Esq.
      (both via ECF)