LAW OFFICES OF

# Gerald B. Lefcourt, P.C.

A PROFESSIONAL CORPORATION

148 EAST 78TH STREET

NEW YORK, NEW YORK 10075

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

TELEPHONE
(212) 737-0400

FACSIMILE
(212) 988-6192

SHERYL E. REICH
reich@lefcourtlaw.com
RENATO C. STABILE
stabile@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

May 8, 2014

VIA ECF

The Honorable Loretta A. Preska
Chief Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Cohen v. Cohen, 09 CIV 10230 (LAP)*

Dear Judge Preska:

    We write as counsel to Patricia Cohen, plaintiff in the above matter, on behalf of all parties. In anticipation of the conference scheduled for next Tuesday, all parties submit herewith for the Court's consideration a proposed Scheduling Order for discovery, the submission of dispositive motions, and preparation of a pre-trial order.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/

Sheryl E. Reich

cc:  Martin Klotz, Esq.
     Jeffrey Korn, Esq.