LAW OFFICES OF
# GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION

148 EAST 78TH STREET
NEW YORK, NEW YORK 10075

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192

SHERYL E. REICH
reich@lefcourtlaw.com
RENATO C. STABILE
stabile@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

February 12, 2015

VIA ECF

The Honorable Loretta A. Preska
Chief Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Cohen v. Cohen, 09 CIV 10230 (LAP)*

Dear Judge Preska:

We write to as counsel to Patricia Cohen in the above matter to request a two week extension of the remaining pre-trial schedule in this matter. The reason for the request is that the parties have lost two weeks due to (i) the predicted major snowstorm of January 27, 2015, which caused a one week delay in the one remaining deposition, and (ii) the unexpected death of the mother of one of the attorneys on the evening before the deposition, which caused an additional one week delay. Defendants do not object to the request.

The suggested new schedule is as follows:

1. Expert reports shall be served by March 17, 2015.

2. Rebuttal expert reports, if any, shall be served by April 17, 2015.

3. Expert depositions shall be completed by May 9, 2015. [handwritten: Counsel shall appear for a conference on May 13, 2015 at 10:00 a.m.]

4. Any dispositive motions shall be filed by June 3, 2015. Papers in opposition thereto shall be filed by July 3, 2015, or one month after the dispositive motion is filed. Reply papers shall be filed July 24, 2015, or three weeks after opposition papers filed.

5. The parties shall file a joint pretrial order within thirty (30) days of a decision on any dispositive motion, if necessary. If no dispositive motions are filed, the parties shall file a joint pretrial order by July 2, 2015.

*[signed]* Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

2/17/15