LAW OFFICES OF

# GERALD B. LEFCOURT, P.C.

A PROFESSIONAL CORPORATION

148 EAST 78TH STREET

NEW YORK, NEW YORK 10075

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

TELEPHONE
(212) 737-0400

FACSIMILE
(212) 988-6192

SHERYL E. REICH
reich@lefcourtlaw.com
RENATO C. STABILE
stabile@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

March 19, 2015

VIA ECF

The Honorable Loretta A. Preska, Chief Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*Cohen v. Cohen, 09 CIV 10230 (LAP)*

Dear Judge Preska:

    We write as counsel to Patricia Cohen in the above matter to ask that a conference set earlier today be rescheduled on consent of all parties.

    By Order filed today [Dkt. No. 157], the Court set a conference for March 26, 2015, at 11:30 a.m. Mr. Lefcourt will be traveling and not available on that date. All parties are available on March 30, 2015, at 9 a.m., a date and time suggested by your Chambers.

    For these reasons, we ask that the conference be rescheduled to March 30, 2015, at 9 a.m.

Respectfully submitted,

/s/

Sheryl E. Reich

cc: all counsel by ECF and e-mail