LAW OFFICES OF
# GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION

148 EAST 78TH STREET
NEW YORK, NEW YORK 10075

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

SHERYL E. REICH
reich@lefcourtlaw.com
RENATO C. STABILE
stabile@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-10-15

July 6, 2015

BY E-MAIL

The Honorable Loretta A. Preska
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
ATT: Maurene Comey

Cohen v. Cohen, 09 CIV 10230 (LAP)

Dear Judge Preska:

We write concerning a change in the date of the pre-trial conference scheduled in the above matter on August 18, 2015, at 10 a.m. This will confirm that on consent of all parties the conference has been rescheduled to September 10, 2015, at 2 p.m.

Thank you for your consideration in this matter.

SO ORDERED

_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
7/10/15

Respectfully submitted,

Sheryl E. Reich

cc: Martin Klotz, Esq.