# WILLKIE FARR & GALLAGHER LLP

MARTIN KLOTZ
212 728 8688
mklotz@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

September 8, 2015

**VIA ECF**

The Honorable Loretta A. Preska
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-9-15

Re: <u>Cohen v. Cohen et al., 09-CV-10230 (LAP)</u>

Dear Chief Judge Preska:

We write on behalf of Defendants Steven A. Cohen and Donald Cohen ("Defendants") regarding Your Honor's September 2, 2015 Order granting Defendants' request to file a motion for summary judgment. As requested by the Order, the parties have conferred and propose the following briefing schedule:

1. Defendants' Motion for Summary Judgment to be filed by September 18, 2015.

2. Plaintiff's Opposition to Defendants' Motion for Summary Judgment to be filed by October 16, 2015.

3. Defendants' Reply in Support of its Motion for Summary Judgment to be filed by October 30, 2015.

①

Additionally, the parties jointly request <u>permission to file memoranda of law in support of and in opposition to the Motion for Summary Judgment of up to 25 pages</u>, instead of the limit of 20 pages provided by Your Honor's Rules. Defendants' Reply would remain subject to the normal limit of 10 pages.

②

Respectfully submitted,

Martin Klotz

cc: Gerald B. Lefcourt, Esq.
    Sheryl E. Reich, Esq.

SO ORDERED

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

9/9/15