# EXHIBIT 66

*Application for Automatic Extension of Time (Form 4868)*

# Form 1040 — U.S. Individual Income Tax Return 1982
Department of the Treasury—Internal Revenue Service

For the year January 1–December 31, 1982, or other tax year beginning _____, 1982, ending _____, 19__  OMB No. 1545-0074

**Name:** STEVEN A. & PATRICIA COHEN
**Address:** 34 WATERS EDGE, RYE NY 10580
**Your social security number:** ###-##-2581
**Spouse's social security no.:** ###-##-3154
**Your occupation:** (illegible)
**Spouse's occupation:** Housewife

**Presidential Election Campaign:** Yes (both)

### Filing Status
2. ✓ Married filing joint return

### Exemptions
- 6a ✓ Yourself
- 6b ✓ Spouse
- 6c First names of your dependent children who lived with you ▶ Jessica
- Boxes checked on 6a and b: 2
- Number of children listed on 6c: 1
- Total number of exemptions claimed: 3

### Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. | 626,600.00 |
| 8 | Interest income | 3,438.13 |
| 9a | Dividends | 2,877.52 |
| 9b | Exclusion | 182.52 |
| 9c | Subtract line 9b from line 9a | 2,695.00 |
| 10 | Refunds of state and local income taxes | 27,386.26 |
| 11 | Alimony received | |
| 12 | Business income or (loss) | |
| 13 | Capital gain or (loss) | 13,000.00 |
| 14 | 40% capital gain distributions | |
| 15 | Supplemental gains or (losses) | |
| 16 | Fully taxable pensions, IRA distributions | |
| 17a | Other pensions and annuities | |
| 17b | Taxable amount | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. | (68,411.00) |
| 19 | Farm income or (loss) | |
| 20a | Unemployment compensation | |
| 20b | Taxable amount | |
| 21 | Other income | |
| 22 | **Total income.** Add amounts in column for lines 7 through 21 | 588,108.39 |

### Adjustments to Income

| Line | Description | Amount |
|---|---|---|
| 23 | Moving expense | |
| 24 | Employee business expenses | |
| 25 | Payments to an IRA (code 3) | 2,250.00 |
| 26 | Payments to a Keogh (H.R. 10) retirement plan | |
| 27 | Penalty on early withdrawal of savings | |
| 28 | Alimony paid | |
| 29 | Deduction for a married couple when both work | |
| 30 | Disability income exclusion | |
| 31 | **Total adjustments.** | 2,250.00 |
| 32 | **Adjusted Gross Income** | 586,858.39 |

PC11281

D. Ex. 205A

# Schedule A—Itemized Deductions

**Schedules A&B (Form 1040)**
Department of the Treasury
Internal Revenue Service

(Schedule B is on back)
▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1982** 07

Name(s) as shown on Form 1040: Steven A. and Patricia Cohen

Your social security number: ___-__-2581

### Medical and Dental Expenses
(Do not include expenses reimbursed or paid by others.)
(See page 17 of Instructions.)

1. Medicines and drugs
2. Write 1% of Form 1040, line 33
3. Subtract line 2 from line 1. If line 2 is more than line 1, write zero
4. Total insurance premiums you paid for medical and dental care
5. Other medical and dental expenses:
   a. Doctors, dentists, nurses, hospitals, etc.
   b. Transportation
   c. Other (list—include hearing aids, dentures, eyeglasses, etc.) ▶
6. Add lines 3 through 5c
7. Multiply amount on Form 1040, line 33 by 3% (.03)
8. Subtract line 7 from line 6. If line 7 is more than line 6, write zero
9. Write one-half of amount on line 4, but not more than $150
10. COMPARE amounts on line 8 and line 9, and write the LARGER amount here ▶

### Taxes
(See page 18 of Instructions.)

11. State and local income — Per W-2's ........ 58,629 50
12. Real estate ........................................... 4,906 68
13. a. General sales (see sales tax tables) Itemized list attached .... 2,745 53
    b. General sales on motor vehicles
14. Other (list—include personal property) ▶
15. Add lines 11 through 14. Write your answer here ▶  66,280 71

### Interest Expense
(See page 19 of Instructions.)

16. a. Home mortgage interest paid to financial institutions ... 20,066 13
    b. Home mortgage interest paid to individuals (show that person's name and address) ▶
17. Credit cards and charge accounts ........... 134 67
18. Other (list) ▶ Crunh & Co. 6693, Lehm Sec 16,925.00
    Feins Fin.Sv. 20473, Tucker/America 252.40
    Auto Loan 229.00 ............................... 19,525 06
19. Add lines 16a through 18. Write your answer here ▶  39,725 86

### Contributions
(See page 19 of Instructions.)

20. a. Cash contributions. (If you gave $3,000 or more to any one organization, report those contributions on line 20b.) ... 50 00
    b. Cash contributions totaling $3,000 or more to any one organization. (Show to whom you gave and how much you gave.) ▶
21. Other than cash (see page 19 of Instructions for required statement) ... 550 00
22. Carryover from prior years
23. Add lines 20a through 22. Write your answer here ▶  600 00

### Casualty and Theft Losses and Miscellaneous Deductions
(See page 20 of Instructions.)

24. Total casualty or theft loss(es) (attach Form 4684)
25. a. Union and professional dues
    b. Tax return preparation fee .................. 1,800 00
26. Other (list) ▶ Business Promotion 1,339.99
    Professional Expenses 5,766.44
    Accounting, Advice 1,200.00 .................. 8,305 43
27. Add lines 24 through 26. Write your answer here ▶  10,105 43

### Summary of Itemized Deductions
(See page 20 of Instructions.)

28. Add lines 10, 15, 19, 23, and 27 ............................................. 116,712 00
29. If you checked Form 1040, Filing Status box {2 or 5, write $3,400 / 1 or 4, write $2,300 / 3, write $1,700} ... 3,400 00
30. Subtract line 29 from line 28. Write your answer here and on Form 1040, line 34a. (If line 29 is more than line 28, see the Instructions for line 30 on page 20.) ▶ 113,312 00

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

* Following items printed separately

PC11282

# SCHEDULE D (FORM 1040)
Department of the Treasury
Internal Revenue Service

## Capital Gains and Losses
(Examples of property to be reported on this Schedule are gains and losses on stocks, bonds, and similar investments, and gains (but not losses) on personal assets such as a home or jewelry.)
► Attach to Form 1040.  ► See Instructions for Schedule D (Form 1040).

OMB No. 1545-0074

**1982** 14

Name(s) as shown on Form 1040: **Steven A. and Patricia Cohen**

Your social security number: **2581**

### Part I — Short-term Capital Gains and Losses—Assets Held One Year or Less

| a. Kind of property and description | b. Date acquired (Mo., day, yr.) | c. Date sold (Mo., day, yr.) | d. Gross sales price less expense of sale | e. Cost or other basis as adjusted | f. LOSS | g. GAIN |
|---|---|---|---|---|---|---|
| 1  (See Attached Schedule) | | | | | 18,047.79 | |
| Treasury Bills | 1982 | 1982 | | | | 7130.00 |

2a. Gain from sale or exchange of a principal residence held one year or less, from Form 2119, lines 7 or 11 ................. **2a** ▨
b. Short-term capital gain from installment sales from Form 6252, line 21 or 29 .. **2b** ▨
3. Net short-term gain or (loss) from partnerships and fiduciaries ................. **3**
4. Add lines 1 through 3 in column f and column g ................. **4** (18,047.79)  7130.00
5. Combine line 4, column f and line 4, column g and enter the net gain or (loss) ................. **5** (10,917.79)
6. Short-term capital loss carryover from years beginning after 1969 ................. **6** (111,677.00)
7. Net short-term gain or (loss), combine lines 5 and 6 ................. **7** (122,594.79)

### Part II — Long-term Capital Gains and Losses—Assets Held More Than One Year

| a | b | c | d | e | f | g |
|---|---|---|---|---|---|---|
| 8  (See Attached Schedule) | | | | | 8546.31 | |

9a. Gain from sale or exchange of a principal residence held more than one year, from Form 2119, lines 7, 11, 16 or 18 ................. **9a** ▨
b. Long-term capital gain from installment sales from Form 6252, line 21 or 29 .. **9b** ▨
10. Net long-term gain or (loss) from partnerships and fiduciaries ................. **10**
11. Add lines 8 through 10 in column f and column g ................. **11** (8546.31)
12. Combine line 11, column f and line 11, column g and enter the net gain or (loss) ................. **12** (8546.31)
13. Capital gain distributions ................. **13**
14. Enter gain from Form 4797, line 5(a)(1) ................. **14**
15. Enter your share of net long-term gain from small business corporations (Subchapter S) ................. **15**
16. Combine lines 12 through 15 ................. **16** (8546.31)
17. Long-term capital loss carryover from years beginning after 1969 ................. **17** ( )
18. Net long-term gain or (loss), combine lines 16 and 17 ................. **18** (8546.31)

Note: Complete this form on reverse. However, if you have capital loss carryovers from years beginning before 1970, do not complete Parts III or V. See Form 4798 instead.

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

**SCHEDULE E**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service (O)

# Supplemental Income Schedule

(From rents and royalties, partnerships, estates and trusts, etc.)
► Attach to Form 1040. ► See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**1982**
15

Name(s) as shown on Form 1040: Steven A. and Patrice Cohen

Your social security number: ███-██-2557

## Part I — Rent and Royalty Income or Loss

1. Are any of the expenses listed below for a vacation home or other recreational unit (see Instructions)? ☐ Yes ☐ No
2. If you checked "Yes" to question 1, did you or a member of your family occupy the vacation home or other recreational unit for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? ☐ Yes ☐ No

**Description of Properties**
Property A (Show kind and location)
Property B (Show kind and location)
Property C (Show kind and location)

| Rental and Royalty Income | A | B | C | Totals (Add columns A, B, and C) |
|---|---|---|---|---|
| 3 a. Rents received | | | | |
| b. Royalties received | | | | |
| **Rental and Royalty Expenses** | | | | |
| 4 Advertising | | | | |
| 5 Auto and travel | | | | |
| 6 Cleaning and maintenance | | | | |
| 7 Commissions | | | | |
| 8 Insurance | | | | |
| 9 Interest | | | | |
| 10 Legal and other professional fees | | | | |
| 11 Repairs | | | | |
| 12 Supplies | | | | |
| 13 Taxes (Do NOT include Windfall Profit Tax here. See Part III, line 35.) | | | | |
| 14 Utilities | | | | |
| 15 Wages and salaries | | | | |
| 16 Other (list) ► | | | | |
| 17 Total expenses other than depreciation and depletion. Add lines 4 through 16 | | | | |
| 18 Depreciation expense (see Instructions), or Depletion | | | | |
| 19 Total. Add lines 17 and 18 | | | | |
| 20 Income or (loss) from rental or royalty properties. Subtract line 19 from line 3a (rents) or 3b (royalties) | | | | |

21 Add properties with profits on line 20, and write the total profits here
22 Add properties with losses on line 20, and write the total (losses) here ( )
23 Combine amounts on lines 21 and 22, and write the net profit or (loss) here
24 Net farm rental profit or (loss) from Form 4835, line 50
25 Total rental or royalty income or (loss): Combine amounts on lines 23 and 24, and write the total here. If Parts II, III, and IV on page 2 do not apply to you, write the amount from line 25 on Form 1040, line 18. Otherwise, include the amount in line 37 of Schedule E.

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

E

PC11284

# SCHEDULE—CAPITAL TRANSACTIONS

Heron and Peters Colen — E-1 of 55 — YEAR ENDED 12/31/82

| NAME SECURITY SOLD | NO. OF SHARES OR F.V. | DATE ACQ. | DATE SOLD | SALES PRICE | COST OR OTHER BASIS | SHORT TERM GAIN OR (LOSS) | LONG TERM GAIN OR (LOSS) | STATE TRANSFER TAXES |
|---|---|---|---|---|---|---|---|---|
| Dynatech Corp | 2000 | 3/11/82 | 11/23/82 | 35,632.34 | 12,992.10 | 12,940.24 | | |
| IBM Inc | 2000 | 5/11/82 | 11/30/82 | 59,412.61 | 37,803.00 | 21,609.61 | | |
| Alza Corp CL A | 2000 | 6/13/82 | 12/8/82 | 39,421.75 | 25,830.00 | 13,591.75 | | |
| Bowmar Corp | 2020 | 8/5/82 | 9/3/82 | 11,687.15 | 10,838.25 | 848.90 | | |
| Revlon Inc | 2000 | 9/3/82 | 12/15/82 | 83,633.84 | 66,835.00 | 16,798.84 | | |
| Loew's Corporation | 3200 | 11/1/82 | 12/6/82 | 85,294.62 | 69,953.42 | 15,341.20 | | |
| Marrill Lynch + Co | 500 | 11/5/82 | 12/8/82 | 30,704.75 | 65,038.00 | (34,333.25) | | |
| Federal Dept Stores | | | | | | | | |
| Western Union Corp | 2070 | 4/18/82 | 9/29/82 | 50,623.05 | 84,901.00 | (34,277.95) | | |
| Tokheim | 200 | | | | | | | |
| Chrise Inc | 400 | | | | | | | |
| United Tech Corp | 700 | | | | | | | |
| Littleton Inc | | | | | | | | |
| Merrill Lynch + Company | 2500 | | | | | | | |
| American Exp Co | 900 | 3/12/82 | 9/13/82 | 40,935.56 | 57,620.00 | (16,684.44) | | |
| Philbro-Salomon Inc | 900 | 4/6/82 | 7/14/82 | 29,514.18 | 41,785.00 | (12,270.82) | | |
| Philbro-Salomon Inc | 2100 | 4/15/82 | 10/5/82 | 132,018.25 | 133,848.00 | (1,829.75) | | |
| Merrill Lynch +Co | 1300 | 4/6/82 | 10/6/82 | 87,052.09 | 86,758.00 | 294.09 | | |
| A.S.A. Ltd C.F.L. | 5 | | | | | | | |
| Benguet Corp | 2000 | | | | | | | |
| Apple Computer | 1000 | | | | | | | |

Total for short optical transactions Jan 1982

PC11285

| Form **6249** (Rev. January 1983) Department of the Treasury Internal Revenue Service | **Computation of Overpaid Windfall Profit Tax** ► See separate instructions. | OMB No. 1545-0226 Expires 7-31-85 **80** |
|---|---|---|

| Name | Taxpayer identifying number |
|---|---|
| Steven Aced Peter Ahra | 2584 |

### Part I — Type of Return to which Form 6249 is Attached

- ☐ Form 720
- ☐ Form 843
- ☑ Form 1040 (and Form 1040NR)
- ☐ Form 1040X
- ☐ Form 1041
- ☐ Form 1120
- ☐ Form 1120F
- ☐ Form 1120X
- ☐ Other Form 1120 (Form 1120-DISC, Form 1120L, Form 1120M, Form 1120S, etc.)
- ☐ Form 990-C or Form 990-T
- ☐ Other ►

### Part II — Overpayment Due to a Withholding Error — For calendar year ►

1. Please check the applicable box for the status that resulted in a withholding error:
   - ☐ Exempt governmental interest (section 4991(b)(1))
   - ☐ Exempt qualified charitable interest (section 4991(b)(1))
   - ☐ Exempt Indian oil (section 4991(b)(2))
   - ☐ Exempt Alaskan oil (section 4991(b)(3))
   - ☐ Exempt royalty owner oil (section 4991(b)(5)) (Trusts do not qualify)
   - ☐ Exempt independent producer of stripper well oil (section 4991(b)(6), applies only to oil removed after 1982)
   - ☐ Independent producer oil (section 4992)
   - ☐ Other (attach explanation)

2. Amounts withheld for oil removed during the calendar year (attach Form(s) 6248) ........ | **2** | |
3. Correct amount of tax (see instructions) ............................................. | **3** | |
4. Overpayment due to a withholding error (Subtract line 3 from line 2) ................. | **4** | |

### Part III — Overpayment Resulting from the Net Income Limitation

5. Enter amount from line 19 (Part V) .................................................. | **5** | 340.00 |

### Part IV — Combined Overpayment of Windfall Profit Tax

6. Total amount of credit or refund (add amounts on lines 4 and 5). (see instructions) ... | **6** | 340.00 |

For Paperwork Reduction Act Notice, see page 1 of the instructions.          363-092-2          Form **6249** (Rev. 1-83)

# ANNUAL INFORMATION RETURN — WINDFALL PROFIT TAX - 1982

**Producer or Other Recipient**
Name, address, and ZIP code:
Steven A. Cohen
34 Watersedge
Rye, New York 10580

**Filer**
Name, address, and ZIP code:
Tech American Resources Corp., Et Al
Tech American Associates 1979-1
201 Willowbrook Blvd
Wayne, N.J. 07470

Social security number: ...-...-2501
Employer identification number: ...0027

## Part I — Producer Or Other Recipient

1. Type of Producer (check all applicable boxes)
   - [X] Individual
   - [ ] Trust
   - [ ] Corporation
   - [ ] Partnership
   - [ ] Estate
   - [ ] Resident of U.S. Possessions
   - [ ] U.S. citizen or entity, or resident alien
   - [ ] Foreign citizen or entity, or non-resident alien

2. Producer Status (check all applicable boxes)
   - [X] Independent Producer
   - [ ] Member of related group
   - [ ] Royalty owner
   - [ ] Integrated oil company
   - [ ] Producer with no withholding
   - [X] Working interest
   - [ ] Operator

## Part II — Exempt Oil

| | a. Tier one | b. Tier two | c. Tier three (1) Newly discovered | (2) Incremental tertiary | (3) Heavy |
|---|---|---|---|---|---|
| 1. Number of barrels of exempt oil | | | | | |
| 2. Total (add amounts on line 1) | | | | | |

3. Type of exempt oil (check applicable boxes):
   - [ ] Qualified governmental interests
   - [ ] Qualified charitable interests
   - [ ] Exempt Indian oil
   - [ ] Exempt Alaskan oil

## Part III — Exempt Royalty Owner Oil

| | | a. Total number of certified barrels |
|---|---|---|
| 1. Barrels removed in the 1st calendar quarter | | |
| 2. Barrels removed in the 2nd calendar quarter | | |
| 3. Barrels removed in the 3rd calendar quarter | | |
| 4. Barrels removed in the 4th calendar quarter | | |
| 5. Totals (add amounts on lines 1 through 4) | | |

## Part IV — Taxable Crude Oil Removed During 1982

| | a. Number of barrels | b. Tax liability |
|---|---|---|
| 1. Tier one, other than Sadlerochit oil taxed at 70% | | |
| 2. Tier one, other than Sadlerochit oil taxed at 50% | | |
| 3. Tier one Sadlerochit oil taxed at 70% | | |
| 4. Tier one Sadlerochit oil taxed at 50% | | |
| 5. Tier two oil taxed at 60% | | |
| 6. Tier two oil taxed at 30% | | |
| 7. Newly discovered oil | 232 | 194 |
| 8. Incremental tertiary oil | | |
| 9. Heavy oil | | |
| 10. Total barrels of oil (add amounts in column a) | 232 | |
| 11. Amount of windfall profit tax liability for oil removed during 1982 (add amounts in column b) | | 194 |
| 12. Amount of windfall profit tax withheld with respect to oil removed during 1982 | | 534 |
| 13. If line 11 is greater than line 12, subtract line 12 from line 11. This is the amount of under-withheld windfall profit tax | | |
| 14. If line 12 is greater than line 11, subtract line 11 from line 12. This is the amount of over-withheld windfall profit tax | | 340 |

## Part V — Amount of Windfall Profit Tax Withheld from Payments Made in 1982

| | | |
|---|---|---|
| 1. Windfall profit tax withheld from payments made in 1982 (regardless of when windfall profit tax liability arose) | | 390 |

Steven A. Cohen

███-2581

## STATEMENT FILED PURSUANT TO REGULATION 1.351-3(a)

On December 28, 1982, the taxpayer transferred $50,000 to Pharmatec, Inc. in exchange for 100,000 shares of $.01 par value common stock. The following detailed information is furnished in accordance with Regulation 1.351-3(a).

1. Cash or property transferred:           $50,000

2. Only common stock was received in the exchange. 100,000 shares were received with a fair market value per share of $1.50.

3. No securities were received in the exchange.

4. No money was received in the exchange.

5. No other property was received in the exchange.

6. The controlled corporation assumed no liabilities of the transferors.

Signed _[signature]_

PC11288

| Form **4868** | **Application for Automatic Extension of Time to File U.S. Individual Income Tax Return** | OMB No. 1545-0188 **1982** 72 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

| Please Print or Type | Your first name and initial (if joint return, also give spouse's name and initial) **Steven A.** and **Patricia** | Last name **Cohen** | Your social security number ■■■■■ 2581 |
|---|---|---|---|
| | Present home address (Number and street, including apartment number, or rural route) **34 Waters Edge** | | Spouse's social security no. ■■■■■ 3154 |
| | City, town or post office, State, and ZIP code **Rye, New York   10850** | | |

**Note:** File this form with the Internal Revenue Service Center where you must file your income tax return and pay the amount shown on line 6 below. This is not an extension of time for payment of tax. You will be charged a penalty for late payment of tax and late filing unless you show reasonable cause for not paying or filing on time (see instructions).

If you expect to file a gift tax return (Form 709 or Form 709-A) for 1982 due by April 15, 1983, check this box ☐

I request an automatic 4-month extension of time to August 15, 1983, to file Form 1040 for the calendar year 1982 (or if a fiscal year return to _____ 19___ for the tax year ending _____ 19___).

| | | |
|---|---|---|
| 1 Total income tax liability for 1982 (You may estimate this amount.)  Note: You must enter an amount on line 1. If you do not expect to owe tax, enter zero (0). | **1** | 234,400 00 |
| 2 Federal income tax withheld | **2**  224,400 00 | |
| 3 1982 estimated tax payments (include 1981 overpayment allowed as a credit) | **3** | |
| 4 Other payments and credits you expect to show on Form 1040 | **4** | |
| 5 Add lines 2, 3, and 4 | **5** | 224,400 00 |
| 6 Income tax balance due (subtract line 5 from line 1). Pay in full with this form ▶ | **6** | 10,000 00 |
| 7 Total gift tax you expect to owe for 1982 (see instructions) ▶ | **7** | |

If you send only one check for both income and gift tax due, attach a statement showing how much of the check applies to each type of tax.

**Signature and Verification**

If Prepared by Taxpayer.—Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Your signature _____ Date _____

Spouse's signature (if filing jointly, BOTH must sign even if only one had income) _____ Date _____

If Prepared by Someone Other Than Taxpayer.—Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and that I am authorized to prepare this form.

Signature of preparer other than taxpayer _[signature]_ CPA     Date 4-11-83

Note: The person who signs this form may be an attorney or certified public accountant qualified to practice before the IRS, a person enrolled to practice before the IRS, or a person holding a power of attorney. If the taxpayer cannot sign because of illness, absence, or other good cause, a person in a close personal or business relationship to the taxpayer may sign this form.

For Paperwork Reduction Act Notice, see back of form.     Form **4868** (1982)

PC11289



PC11290