# EXHIBIT 73

AMERICAN EXPRESS

STEVEN A. COHEN, ACCOUNT NO. ████████ 1000 PLATINUM CARD

| Date | Amount | | Tape |
|---|---|---|---|
| 1/26/88 | $ 785.84 | | 785.84 + |
| 2/26/88 | $ 3,355.04 | | 3355.04 + |
| 3/27/88 | $ 6,044.99 | | 6044.99 + |
| 4/27/88 | $ 3,122.47 | | 3122.47 + |
| 5/28/88 | $ 7,116.84 | | 7116.84 + |
| 6/27/88 | $ 3,945.76 | | 3945.76 + |
| TOTAL | $ 24,370.94 | | 24370.94 * |
| | | | 0 . * |

STEVEN A. COHEN, ACCOUNT NO. ████████ 1007

| Date | Amount | | Tape |
|---|---|---|---|
| 3/24/88 | $ 19,714.41 | | |
| 4/24/88 | $ 21,111.65 | | |
| 5/25/88 | $ 16,792.42 | | |
| 6/24/88 | $ 15,354.01 | | |
| 7/25/88 | $ 4,077.36 | | 0 . * |
| TOTAL | $ 77,049.85 | | 19714.41 + |
| | | | 21111.65 + |
| | | | 16792.42 + |
| | | | 15354.01 + |
| | | | 4077.36 + |
| | | | 77049.85 * |
| | | | 0 . * |

PC12604

D. Ex. 207B

## AMERICAN EXPRESS

STEVEN A. COHEN, ACCOUNT NO. ▓▓▓▓▓▓▓ 1000 PLATINUM CARD

| Date | Amount |
|---|---|
| 1/27/87 | $ 8,646.85 |
| 2/25/87 | $ 984.24 |
| 3/27/87 | $ 7,788.73 |
| 4/26/87 | $ 2,303.67 |
| 5/27/87 | $ 1,631.42 |
| 6/26/87 | $ 2,303.08 |
| 7/27/87 | $ 13,789.25 |
| 8/26/87 | $ 1,439.04 |
| 9/27/87 | $ 13,695.96 |
| 10/27/87 | $ 578.67 |
| 11/27/87 | $ 122.47 |
| 12/27/87 | $ 259.00 |
| TOTAL | $ 53,542.38 |

```
0 . A
  8 6 4 6 . 8 5 +
      9 8 4 . 2 4 +
    7 7 8 8 . 7 3 +
    2 3 0 3 . 6 7 +
    1 6 3 1 . 4 2 +
    2 3 0 3 . 0 8 +
  1 3 7 8 9 . 2 5 +
    1 4 3 9 . 0 4 +
  1 3 6 9 5 . 9 6 +
      5 7 8 . 6 7 +
      1 2 2 . 4 7 +
      2 5 9 . 0 0 +
  5 3 5 4 2 . 3 8 *
0 . *
```

STEVEN A. COHEN, ACCOUNT NO. ▓▓▓▓▓▓▓ 1007

| Date | Amount |
|---|---|
| 1/23/87 | $ 27,768.06 |
| 2/21/87 | $ 8,646.05 |
| 3/24/87 | $ 13,606.29 |
| 4/22/87 | $ 10,998.12 |
| 5/23/87 | $ 17,580.19 |
| 6/22/87 | $ 23,321.28 |
| 7/23/87 | $ 8,635.09 |
| 8/22/87 | $ 6,936.53 |
| 9/22/87 | $ 17,832.81 |
| 11/24/87 | $ 8,822.83 |
| TOTAL | $ 144,147.25 |

```
0 . *
  2 7 7 6 8 . 0 6 +
    8 6 4 6 . 0 5 +
  1 3 6 0 6 . 2 9 +
  1 0 9 9 8 . 1 2 +
  1 7 5 8 0 . 1 9 +
  2 3 3 2 1 . 2 8 +
    8 6 3 5 . 0 9 +
    6 9 3 6 . 5 3 +
  1 7 8 3 2 . 8 1 +
    8 8 2 2 . 8 3 +
1 4 4 1 4 7 . 2 5 *
0 .
```

PC12605