# EXHIBIT 74

PL. Ex. 4

# Form 1120 — U.S. Corporation Income Tax Return

Department of the Treasury — Internal Revenue Service
For calendar 1986 or tax year beginning February 1, 1986, ending January 31, 1987
► For Paperwork Reduction Act Notice, see page 1 of the Instructions.

OMB No. 1545-0123
**1986**

Check if a—
- A Consolidated return ☐
- B Personal Holding Co. ☐
- C Business Code No. (See the list in the instructions) **7389**

Use IRS label. Otherwise please print or type.

QA            6503  8701  507  9999  M
S A C TRADING CORPORATION  c/o Morris Cohen
OPTIONS DEPT-14 WALL ST NEW YORK
5205 SW 119TH AVE   10550 NW 27th St #102
COOPER CITY  Miami,  FL -33328    33172
                                    294  R
                                    *** S

D Employer Identification number: [redacted]-6503
E Date Incorporated: 2-1-86
F Total assets: $ 9,544,682 —

G Check box if there has been a change in address from the previous year ► ☐

| | Line | Description | Amount | |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales ... b Less returns and allowances ... Balance | 1c | 10,340,115 — |
| | 2 | Cost of goods sold and/or operations (Schedule A) | 2 | ------- |
| | 3 | Gross profit (line 1c less line 2) | 3 | 10,340,115 — |
| | 4 | Dividends (Schedule C) | 4 | 40,182 — |
| | 5 | Interest | 5 | 162,573 — |
| | 6 | Gross rents | 6 | |
| | 7 | Gross royalties | 7 | |
| | 8 | Capital gain net income (attach separate Schedule D) | 8 | |
| | 9 | Net gain or (loss) from Form 4797, line 17, Part II (attach Form 4797) | 9 | |
| | 10 | Other income (see instructions—attach schedule) | 10 | |
| | 11 | TOTAL income—Add lines 3 through 10 and enter here ► | 11 | 10,542,870 — |
| Deductions | 12 | Compensation of officers (Schedule E) | 12 | 9,000,000 — |
| | 13a | Salaries and wages 1,103,967 b Less jobs credit ... Balance | 13c | 1,103,967 — |
| | 14 | Repairs | 14 | |
| | 15 | Bad debts (Schedule F if reserve method is used) | 15 | |
| | 16 | Rents | 16 | |
| | 17 | Taxes | 17 | 24,847 — |
| | 18 | Interest | 18 | |
| | 19 | Contributions | 19 | |
| | 20 | Depreciation (attach Form 4562) ... 20  1,826 | | |
| | 21 | Less depreciation claimed in Schedule A and elsewhere on return ... 21a | 21b | 1,826 — |
| | 22 | Depletion | 22 | |
| | 23 | Advertising | 23 | |
| | 24 | Pension, profit-sharing, etc., plans | 24 | 90,000 — |
| | 25 | Employee benefit programs  —Group Health Insurance | 25 | 4,283 — |
| | 26 | Other deductions (attach schedule) | 26 | 113,352 — |
| | 27 | TOTAL deductions—Add lines 12 through 26 and enter here ► | 27 | 10,338,275 — |
| | 28 | Taxable income before net operating loss deduction and special deductions (line 11 less line 27) | 28 | 204,595 — |
| | 29 | Less: a Net operating loss deduction (see instructions) ... 29a | | |
| | | b Special deductions (Schedule C) ... 29b | 29c | |
| Tax and Payments | 30 | Taxable income (line 28 less line 29c) | 30 | 204,595 — |
| | 31 | TOTAL TAX (Schedule J) | 31 | 73,864 — |
| | 32 | Payments: a 1985 overpayment credited to 1986 | | |
| | b | 1986 estimated tax payments | | |
| | c | Less 1986 refund applied for on Form 4466  ( ) | | |
| | d | Tax deposited with Form 7004 | | |
| | e | Credit from regulated investment companies (attach Form 2439) | | |
| | f | Credit for Federal tax on gasoline and special fuels (attach Form 4136) | 32 | |
| | 33 | Enter any PENALTY for underpayment of estimated tax—check ► ☐ If Form 2220 is attached | 33 | --- |
| | 34 | TAX DUE—If the total of lines 31 and 33 is larger than line 32, enter AMOUNT OWED | 34 | 73,864 --- |
| | 35 | OVERPAYMENT—If line 32 is larger than the total of lines 31 and 33, enter AMOUNT OVERPAID | 35 | |
| | 36 | Enter amount of line 35 you want: Credited to 1987 estimated tax ► ... Refunded ► | 36 | |

Please Sign Here — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title _____

Paid Preparer's Use Only:
Preparer's signature ► _____ MARVAN & COHEN, P.A. Date _____  Check if self-employed ☐  Preparer's social security number _____
Firm's name (or yours, if self-employed) and address ► 10590 N.W. 27 STREET, SUITE 102, MIAMI, FLORIDA 33172
E.I. No. ► _____
ZIP code ► _____

(stamped: COPY)

Form 1120 (1986)                          Page 2

### Schedule A — Cost of Goods Sold and/or Operations (See instructions for line 2, page 1)

| | |
|---|---|
| 1 Inventory at beginning of year | |
| 2 Purchases | |
| 3 Cost of labor | |
| 4 Other costs (attach schedule) | |
| 5 Total—Add lines 1 through 4 | |
| 6 Inventory at end of year | |
| 7 Cost of goods sold and/or operations—Line 5 less line 6. Enter here and on line 2, page 1 | |

8a Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4 (see instructions)
  (iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471-2(c) (see instructions)
  (iv) ☐ Other (Specify method used and attach explanation) ▶
b Check if the LIFO inventory method was adopted this tax year for any goods (If checked, attach Form 970) . . . . . . . ☐
c If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO . . . . . . . . . . . . . . 8c
d If you are engaged in manufacturing, did you value your inventory using the full absorption method (Regulations section 1.471-11)? . . . . . . . . . . . ☐ Yes ☐ No
e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? . . . ☐ Yes ☐ No
If "Yes," attach explanation.

### Schedule C — Dividends and Special Deductions (See Schedule C instructions)

| | (a) Dividends received | (b) % | (c) Special deductions: multiply (a) X (b) |
|---|---|---|---|
| 1 Domestic corporations subject to section 243(a) deduction (other than debt-financed stock) | | see instructions | |
| 2 Debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| 3 Certain preferred stock of public utilities | | see instructions | |
| 4 Foreign corporations and certain FSCs subject to section 245 deduction | | see instructions | |
| 5 Wholly-owned foreign subsidiaries and FSCs subject to 100% deduction (sections 245(b) and (c)) | | 100 | |
| 6 Total—Add lines 1 through 5. See instructions for limitation | | | |
| 7 Affiliated groups subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 8 Other dividends from foreign corporations not included in lines 4 and 5 | | | |
| 9 Income from controlled foreign corporations under subpart F (attach Forms 5471) | | | |
| 10 Foreign dividend gross-up (section 78) | | | |
| 11 IC–DISC or former DISC dividends not included in lines 1 and/or 2 (section 246(d)) | | | |
| 12 Other dividends | 40,182 | | |
| 13 Deduction for dividends paid on certain preferred stock of public utilities (see instructions) | | | |
| 14 Total dividends—Add lines 1 through 12. Enter here and on line 4, page 1 ▶ | 40,182 | | |
| 15 Total deductions—Add lines 6, 7, and 13. Enter here and on line 29b, page 1 | | | ▶ |

### Schedule E — Compensation of Officers (See instructions for line 12, page 1)
Complete Schedule E only if total receipts (line 1a, plus lines 4 through 10, of page 1, Form 1120) are $150,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| Steven A. Cohen | ▇▇▇-▇▇-2581 | 100% | 100% | % | 9,000,000 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

Total compensation of officers—Enter here and on line 12, page 1 . . . . . . . . . . . . . 9,000,000

### Schedule F — Bad Debts—Reserve Method (See instructions for line 15, page 1)

| (a) Year | (b) Trade notes and accounts receivable outstanding at end of year | (c) Sales on account | Amount added to reserve | | (f) Amount charged against reserve | (g) Reserve for bad debts at end of year |
|---|---|---|---|---|---|---|
| | | | (d) Current year's provision | (e) Recoveries | | |
| 1981 | | | | | | |
| 1982 | | | | | | |
| 1983 | | | | | | |
| 1984 | | | | | | |
| 1985 | | | | | | |
| 1986 | | | | | | |

PC11504

Form 1120 (1986) Page 3

**Schedule J** Tax Computation (See Instructions) (Fiscal year corporations see page 12 of instructions before completing Schedule J)

1 Check if you are a member of a controlled group (see sections 1561 and 1563) . . . . . . . . . ▶ ☐
2a If line 1 is checked, see instructions. Enter your portion of each $25,000 taxable income bracket amount:
  (i) $ .................. (ii) $ .................. (iii) $ .................. (iv) $ ..................
 b If your tax year includes July 1, 1987, see instructions and enter share of tax bracket amounts
  (i) .................. (ii) ..................
3 Income tax (see instructions to figure the tax; enter this tax or alternative tax, whichever is less). Check
 if alternative tax is used ▶ ☐ . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 73,864 | --
4a Foreign tax credit (attach Form 1118) . . . . . . . . . . . | 4a |
 b Possessions tax credit (attach Form 5735) . . . . . . . . . . | b |
 c Orphan drug credit (attach Form 6765) . . . . . . . . . . . | c |
 d Credit for fuel produced from a nonconventional source (see instructions) . . . . . . . . . . . . . . . . . . . . | d |
 e General business credit. Enter here and check which forms are attached ☐ Form 3800 ☐ Form 3468 ☐ Form 5884
   ☐ Form 6478 ☐ Form 8007 ☐ Form 6765 ☐ Form 8586 . | e |
5 Total—Add lines 4a through 4e . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
6 Line 3 less line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
7 Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . . | 7 |
8 Tax from recomputing prior-year investment credit (attach Form 4255) . . . . . . . . . . . | 8 |
9 Minimum tax on tax preference items (see instructions—attach Form 4626) . . . . . . . . . | 9 |
10 Total tax—Add lines 6 through 9. Enter here and on line 31, page 1 . . . . . . . . . . . . | 10 | 73,864 |

**Additional Information (See Instruction F)** — Yes/No

H Did the corporation claim a deduction for expenses connected with:
 (1) Entertainment facility (boat, resort, ranch, etc.)? — X (No)
 (2) Living accommodations (except employees on business)? — X (No)
 (3) Employees attending conventions or meetings outside the North American area? (See section 274(h).) — X (No)
 (4) Employees' families at conventions or meetings? — X (No)
   If "Yes," were any of these conventions or meetings outside the North American area? (See section 274(h).) — X (No)
 (5) Employee or family vacations not reported on Form W-2? — X (No)
I (1) Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) — X (No)
   If "Yes," attach a schedule showing: (a) name, address, and identifying number; (b) percentage owned; (c) taxable income or (loss) before NOL and special deductions (e.g., if a Form 1120: from Form 1120, line 28, page 1) of such corporation for the tax year ending with or within your tax year; (d) highest amount owed by the corporation to such corporation during the year; and (e) highest amount owed to the corporation by such corporation during the year.
 (2) Did any individual, partnership, corporation, estate, or trust at the end of the tax year own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) If "Yes," complete (a) through (e) . . . — X (Yes)
  (a) Attach a schedule showing name, address, and identifying number.
  (b) Enter percentage owned ▶ .... 100% ..........
  (c) Was the owner of such voting stock a person other than a U.S. person? (See instructions.) Note: If "Yes," the corporation may have to file Form 5472. — X (No)
   If "Yes," enter owner's country ▶ ..................
  (d) Enter highest amount owed by the corporation to such owner during the year ▶ ...3,125,277.....
  (e) Enter highest amount owed to the corporation by such owner during the year ▶ ...1,200,000.....
   Note: For purposes of I(1) and I(2), "highest amount owed" includes loans and accounts receivable/payable.
J Refer to the list in the instructions and state the principal:
   Business activity ▶ Financial Consultant
   Product or service ▶ Service
K Was the corporation a U.S. shareholder of any controlled foreign corporation? (See sections 951 and 957.) . . . . — X (No)
   If "Yes," attach Form 5471 for each such corporation.
L At any time during the tax year, did the corporation have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . . — X (No)
   (See instruction F and filing requirements for form TD F 90-22.1.)
   If "Yes," enter name of foreign country ▶ ..................
M Was the corporation the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not the corporation has any beneficial interest in it? . . . — X (No)
   If "Yes," the corporation may have to file Forms 3520, 3520-A, or 926.
N During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . — X (No)
   If "Yes," file Form 5452. If this is a consolidated return, answer here for parent corporation and on Form 851, Affiliations Schedule, for each subsidiary.
O During this tax year did the corporation maintain any part of its accounting/tax records on a computerized system? . . . — X (Yes)
P Check method of accounting:
   (1) ☒ Cash
   (2) ☐ Accrual
   (3) ☐ Other (specify) ▶ ..................
Q Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . ☐
   If so, the corporation may have to file Form 8281.

## Schedule L — Balance Sheets

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | 1,121,930 |
| 2 Trade notes and accounts receivable | | | | |
| a Less allowance for bad debts | | | | |
| 3 Inventories | | F | | |
| 4 Federal and state government obligations | | I | | |
| 5 Other current assets (attach schedule) | | R | | 7,500,000 |
| 6 Loans to stockholders | | S | | |
| 7 Mortgage and real estate loans | | T | | |
| 8 Other investments (attach schedule) | | | | 912,405 |
| 9 Buildings and other depreciable assets | | Y | 12,173 | |
| a Less accumulated depreciation | | E | 1,826 | 10,347 |
| 10 Depletable assets | | A | | |
| a Less accumulated depletion | | R | | |
| 11 Land (net of any amortization) | | | | |
| 12 Intangible assets (amortizable only) | | O | | |
| a Less accumulated amortization | | F | | |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | O | | 9,544,682 |
| **Liabilities and Stockholders' Equity** | | F | | |
| 15 Accounts payable | | E | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | R | | |
| 17 Other current liabilities (attach schedule) | | A | | 1,905,595 |
| 18 Loans from stockholders | | T | | 3,125,277 |
| 19 Mortgages, notes, bonds payable in 1 year or more | | I | | |
| 20 Other liabilities (attach schedule) | | O | | |
| 21 Capital stock: a Preferred stock | | N | | |
| b Common stock | | | 500 | 500 |
| 22 Paid-in or capital surplus | | | | 4,506,500 |
| 23 Retained earnings—Appropriated (attach schedule) | | | | |
| 24 Retained earnings—Unappropriated | | | | 6,810 |
| 25 Less cost of treasury stock | | ( ) | | ( ) |
| 26 Total liabilities and stockholders' equity | | | | 9,544,682 |

## Schedule M-1 — Reconciliation of Income per Books With Income per Return

Do not complete this schedule if the total assets on line 14, column (d), of Schedule L are less than $25,000.

| | | | |
|---|---|---|---|
| 1 Net income per books | 6,810 | 7 Income recorded on books this year not included in this return (itemize) | |
| 2 Federal income tax | 73,864 | a Tax-exempt interest $ | |
| 3 Excess of capital losses over capital gains | 123,918 | | |
| 4 Income subject to tax not recorded on books this year (itemize) | | 8 Deductions in this tax return not charged against book income this year (itemize) | |
| 5 Expenses recorded on books this year not deducted in this return (itemize) | | a Depreciation $ | |
| a Depreciation $ | | b Contributions carryover $ | |
| b Contributions carryover $ | | | |
| | | 9 Total of lines 7 and 8 | |
| 6 Total of lines 1 through 5 | 204,595 | 10 Income (line 28, page 1)—line 6 less line 9 | 204,595 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (line 24, Schedule L)

Do not complete this schedule if the total assets on line 14, column (d), of Schedule L are less than $25,000.

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | — — | 5 Distributions: a Cash | |
| 2 Net income per books | 6,810 | b Stock | |
| 3 Other increases (itemize) | | c Property | |
| | | 6 Other decreases (itemize) | |
| | | 7 Total of lines 5 and 6 | |
| 4 Total of lines 1, 2, and 3 | 6,810 | 8 Balance at end of year (line 4 less line 7) | 6,810 |

**SCHEDULE D**
**(Form 1120)**
Department of the Treasury
Internal Revenue Service

**Capital Gains and Losses** COPY

To be filed with Forms 1120, 1120-A, 1120-IC-DISC, 1120F, 1120-FSC, 1120-H, 1120L, 1120M, 1120-POL, 990-C, and certain Forms 990-T

OMB No. 1545-0123

**1986**

Name: S.A.C. Trading Corp

Employer Identification number: ▓▓▓▓-6503

## Part I — Short-term Capital Gains and Losses—Assets Held Six Months or Less

| (a) Kind of property and description (Example, 100 shares of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Cost or other basis, plus expense of sale | (f) Gain or loss ((d) less (e)) |
|---|---|---|---|---|---|
| 115000 Sh Sears Inc. | 6-9-86 | 6-6-86 | 713,901 | 709,200 | 4,701 |
| 8000 Sh Union Pac. | 6-9-86 | 6-6-86 | 430,746 | 428,240 | 2,506 |
| 47900 Burlington | 6-12-86 | 6-11-86 | 3,149,425 | 3,149,425 | (105) |
| 12800 Sh Allied Sig | 5-27-86 | 6-23-86 | 548,782 | 626,360 | (77,578) |
| 88200 Sh HenleyGroup | 6-13-86 | 6-27-86 | 1,827,521 | 1,880,963 | (53,442) |

2  Short-term capital gain from installment sales from Form 6252, line 22 or 30 ........ **2** 
3  Unused capital loss carryover (attach computation) ....................... **3** (          )
4  Net short-term capital gain or (loss) .................................. **4** (123,918)

## Part II — Long-term Capital Gains and Losses—Assets Held More Than Six Months

5  Enter gain from Form 4797, line 6 or 8 ............................... **5**
6  

7  Long-term capital gain from installment sales from Form 6252, line 22 or 30 ...... **7**
8  Net long-term capital gain or (loss) ................................. **8**

## Part III — Summary of Parts I and II

9  Enter excess of net short-term capital gain (line 4) over net long-term capital loss (line 8) ..... **9**

10a  Net capital gain. Enter excess of net long-term capital gain (line 8) over net short-term capital loss (line 4). **10a**
  b  Fiscal year corporations that are using the alternative method to compute tax, enter the net capital gain for the period before 1987 ........................... **10b**

11  Total of lines 9 and 10a. Enter here and on Form 1120, line 8, page 1; or the proper line on other returns. **11** (123,918)
  Note: If losses exceed gains, see instructions on capital losses for explanation of capital loss carrybacks.

## Part IV — Alternative Tax Computation for Calendar Year Corporations Only. Fiscal Year Corporations See the Instructions for Forms 1120 and 1120A. (Forms 1120-H and 1120-IC-DISC Filers Omit Part IV)

12  Taxable income. Enter the amount from { a Form 1120, line 30, page 1 / b Others—Enter amount from the proper line of other returns } ....... **12**
13  Net capital gain from line 10a ...................................... **13**
14  Subtract line 13 from line 12 ....................................... **14**
15  Partial tax. Compute the tax on line 14 as follows { a Form 1120—In accordance with the Instructions for Forms 1120 and 1120-A, Tax Computation / b Others—In accordance with the tax computation instructions for applicable return } **15**
16  Enter 28% of line 13 ............................................. **16**
17  Alternative tax—total of lines 15 and 16. If less than amount of tax figured by regular method, enter here and on Form 1120, Schedule J, line 3; or the proper line on other returns. Also check box for Schedule D. **17**

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Forms 1120 and 1120-A.      Schedule D (Form 1120) 1986

PC11507

| Form **4562** | **Depreciation and Amortization** COPY | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See separate Instructions. ▶ Attach this form to your return. | **1986** Attachment Sequence No. **67** |

Name(s) as shown on return: **S.A.C. TRADING CORP**  
Identifying number: ▮▮▮▮-6503

Business or activity to which this form relates: Form 1120

### Part I  Depreciation
(Do not use this part for automobiles, certain other vehicles, computers, and property used for entertainment, recreation, or amusement. Instead, use Part III.)
See instructions under Items You Should Note for new rules for certain assets placed in service after July 31, 1986.

**Section A.—Election To Expense Recovery Property (Section 179)**

| (a) Class of property | (b) Cost | (c) Expense deduction |
|---|---|---|
| 1 | | |

2 Listed property—Enter total from Part III, Section A, column (h).
3 Total (see instructions for limitations). (Partnerships or S corporations—see the Schedule K and Schedule K-1 Instructions of Form 1065 or 1120S)

**Section B.—Depreciation of Recovery Property**

| (a) Class of property | (b) Date placed in service | (c) Basis for depreciation (Business use only—see instructions) | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 4 Accelerated Cost Recovery System (ACRS) (see instructions): For assets placed in service ONLY during tax year beginning in 1986 | | | | | |
| a  3-year property | | | | | |
| b  5-year property | | 12,173 | ACRS | Pre | 1,826 |
| c  10-year property | | | | | |
| d  15-year public utility property | | | | | |
| e  Low-income housing | | | | | |
| f  15-year real property | | | | | |
| g  18-year real property | | | | | |
| h  19-year real property | | | | | |

5 Listed property—Enter total from Part III, Section A, column (g).
6 ACRS deduction for assets placed in service prior to 1986 (see instructions) . . . . . . . . . . 1,826

**Section C.—Depreciation of Nonrecovery Property**

7 Property subject to section 168(e)(2) election (see instructions)
8 Other depreciation (see instructions)

**Section D.—Summary**

9 Depreciation from Form 4562A (see instructions).
10 Total (add deductions on lines 3 through 9). Enter here and on the Depreciation line of your return (Partnerships and S corporations—Do NOT include any amounts entered on line 3.) . . . . . . . . . 1,826

### Part II  Amortization

| (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 1 Amortization for property placed in service only during tax year beginning in 1986 | | | | | |
| | | | | | |
| | | | | | |
| 2 Amortization for property placed in service prior to 1986 . | | | | | |

3 Total. Enter here and on Other Deductions or Other Expenses line of your return .

See Paperwork Reduction Act Notice on page 1 of the separate Instructions.                    Form **4562** (1986)

PC11508




COPY

S.A.C. Trading Corporation
Form 1120
January 31, 1987
FEI# ████ 6503

Form 1120 - Line 17 -Taxes.

| | |
|---|---:|
| Employer Fica Taxes | 22,723.21 |
| Federal Unemployment Taxes | 377.60 |
| State Unemployment Taxes | 1,746.40 |
| Total | 24,847.21 |

Form 1120 - Line 26 -Other Deductions.

| | |
|---|---:|
| Bank Charges | 103.24 |
| Computer Supplies | 213.45 |
| Entertainment | 219.95 |
| Insurance | 36.00 |
| Investment Journals | 706.00 |
| Office Supplies | 4,031.02 |
| Postage | 98.00 |
| Federal Express | 432.50 |
| Accounting & Auditing Fees | 99,236.40 |
| Legal Fee | 2,500.00 |
| Consultant Fee | 1,200.00 |
| Pension Administrative Fee | 1,000.00 |
| Telephone | 749.67 |
| Travel | 279.00 |
| Periodicals & Investment Letters | 2,546.40 |
| Total | 113,352.00 |

PC11509



```
                S.A.C. Trading Corporation
                      Form 1120
                   February 1, 1986
                         to
                   January 31, 1987
                   # ▮▮▮▮6503
```

Form 1120 Page 3 - Question I (2) (C) :

    Steven A Cohen      ▮▮▮-2581
    C/O Marvan & Cohen, P.A.
    10590 N.W. 27th Street, #102
    Miami, Florida   33172

    Balance Sheet Schedules

**Other Current Assets:**

    Coop Conversion Project-Queens NY   7,500,000.00

**Other Investments:**

    Commercial Loan-Haagen Dazs Shoppe   109,207.00
    "     " " " Gruntal & Co Sub-Deventure   800,000.00
    Alliance Capital Reserve Money Market   3,198.00

        Total                              912,405.00

**Other Current Liabilities:**

    Pension Contribution Payable       85,000.00
    Payroll Taxes Payable           1,746,731.00
    Federal Income Taxes Payable       73,864.00

        Total                           1,905,595.00

PC11510