# EXHIBIT 75

| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For the calendar year 1987 or tax year beginning _____, 1987, ending _____, 19 ___ ▶ For Paperwork Reduction Act Notice, see page 1 of the instructions. | **1987** |

**A** Date of election as an S corporation: 2-1-87

**B** Business code no. (see Specific Instructions): 7389

Use IRS label. Otherwise, please print or type.

Name: SAC Trading Corp.
Number and street: 10590 NW 27 St #102
City or town, state, and ZIP code: Miami, FL 33172

**C** Employer identification number: ▒▒▒▒▒6503

**D** Date incorporated: 2-1-86

**E** Total assets (see Specific Instructions): $ 8,718,279

**F** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Change in address  (4) ✓ Amended return

**G** Check this box if this is an S corporation subject to the consolidated audit procedures of sections 6241 through 6245 (see instructions) ... ▶ ☐

**H** Was this corporation in operation at the end of 1987 (see instructions)? ... Yes ✓  No ☐

**I** How many months in 1987 was this corporation in operation (see instructions)? ... ▶ 12

Caution: Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | |
|---|---|---|
| 1a Gross receipts or sales 7,164,802  b Less returns and allowances _____ Balance ▶ | 1c | 7,164,802 |
| 2 Cost of goods sold and/or operations (Schedule A, line 7) | 2 | — |
| 3 Gross profit (subtract line 2 from line 1c) | 3 | 7,164,802 |
| 4 Net gain (or loss) from Form 4797, line 18 (see instructions) | 4 | |
| 5 Other income (see instructions—attach schedule) | 5 | 186 |
| 6 TOTAL income (loss)—Combine lines 3, 4 and 5 and enter here ▶ | 6 | 7,164,988 |

### Deductions (See instructions for limitations.)

| | | |
|---|---|---|
| 7 Compensation of officers | 7 | 4,400,000 |
| 8a Salaries and wages _____  b Less jobs credit _____ Balance ▶ | 8c | 1,579,615 |
| 9 Repairs | 9 | |
| 10 Bad debts (see instructions) | 10 | |
| 11 Rents | 11 | |
| 12 Taxes | 12 | 750,108 |
| 13 Deductible interest expense not claimed or reported elsewhere on return (see instructions) | 13 | 145,366 |
| 14a Depreciation from Form 4562 (attach Form 4562)  14a  2,678 | | |
| b Depreciation reported on Schedule A and elsewhere on return  14b | | |
| c Subtract line 14b from line 14a | 14c | 2,678 |
| 15 Depletion (Do not deduct oil and gas depletion. See instructions.) | 15 | |
| 16 Advertising | 16 | |
| 17 Pension, profit-sharing, etc. plans | 17 | 90,000 |
| 18 Employee benefit programs  Medical Reimbursement Plan | 18 | 21,113 |
| 19 Other deductions (attach schedule) | 19 | 320,746 |
| 20 TOTAL deductions—Add lines 7 through 19 and enter here ▶ | 20 | 7,309,626 |
| 21 Ordinary income (loss) from trade or business activity(ies)—Subtract line 20 from line 6 | 21 | <144,638> |

### Tax and Payments

| | | |
|---|---|---|
| 22 Tax: | | |
| a Excess net passive income tax (attach schedule) 22a | | |
| b Tax from Schedule D (Form 1120S) 22b | | |
| c Add lines 22a and 22b | 22c | |
| 23 Payments: | | |
| a Tax deposited with Form 7004  23a | | |
| b Credit for Federal tax on gasoline and special fuels (attach Form 4136)  23b | | |
| c Add lines 23a and 23b | 23c | |
| 24 TAX DUE (subtract line 23c from line 22c). See instructions for Paying the Tax ▶ | 24 | |
| 25 OVERPAYMENT (subtract line 22c from line 23c) ▶ | 25 | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer    Date    ▶ Title

**Paid Preparer's Use Only**

Preparer's signature ▶
Date
Check if self-employed ▶ ☐
Preparer's social security number: ▒▒▒-▒▒-4337

Firm's name (or yours if self-employed) and address ▶ MARVAN & COHEN, P.A.
10590 N.W. 27 STREET, SUITE 102
MIAMI, FLORIDA - 33172

E.I. No. ▶ ▒▒-▒▒▒6216
ZIP code ▶

Form **1120S** (1987)

H739

1120S12   NTF 8060

**PL. Ex. 5**

PC11107

Form 1120S (1987)                                                                                                      Page **2**

### Schedule A — Cost of Goods Sold and/or Operations (See instructions for Schedule A.)

| | |
|---|---|
| 1 Inventory at beginning of year | 1 |
| 2 Purchases | 2 |
| 3 Cost of labor | 3 |
| 4a Additional section 263A costs (attach schedule) | 4a |
| b Other costs (attach schedule) | 4b   N/A |
| 5 Total—Add lines 1 through 4b | 5 |
| 6 Inventory at end of year | 6 |
| 7 Cost of goods sold and/or operations—Subtract line 6 from line 5. Enter here and on line 2, page 1 | 7 |

8a Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4 (see instructions)
  (iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471-2(c) (see instructions)
  (iv) ☐ Other (Specify method used and attach explanation) ▶ .....................................................
  b Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . ☐
  c If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing
    inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . | 8c |

  d Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the corporation? . . . ☐ Yes ☐ No
  e Was there any change (other than for section 263A purposes) in determining quantities, cost, or valuations between
    opening and closing inventory? (If "Yes," attach explanation.) . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

### Additional Information Required

|   | Yes | No |
|---|---|---|
| J Did you at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (1) Name, address, and employer identification number; (3) Highest amount owed by you to such corporation during the year; and (2) Percentage owned; (4) Highest amount owed to you by such corporation during the year. (Note: For purposes of J(3) and J(4), "highest amount owed" includes loans and accounts receivable/payable.) | | ✓ |
| K Refer to the listing of business activity codes at the end of the Instructions for Form 1120S and state your principal: Business activity ▶ *Service* ; Product or service ▶ *Consulting* | | |
| L Were you a member of a controlled group subject to the provisions of section 1561? | | ✓ |
| M Did you claim a deduction for expenses connected with: | | |
| (1) Entertainment facilities (boat, resort, ranch, etc.)? | | ✓ |
| (2) Living accommodations (except for employees on business)? | | ✓ |
| (3) Employees attending conventions or meetings outside the North American area? (See section 274(h).) | | ✓ |
| (4) Employees' families at conventions or meetings? | | ✓ |
| If "Yes," were any of these conventions or meetings outside the North American area? (See section 274(h).) | | ✓ |
| (5) Employee or family vacations not reported on Form W-2? | | ✓ |
| N At any time during the tax year, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See instructions for exceptions and filing requirements for form TD F 90-22.1.) If "Yes," enter the name of the foreign country ▶ ............................. | | ✓ |
| O Were you the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not you have any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926 | | ✓ |
| P During this tax year did you maintain any part of your accounting/tax records on a computerized system? | ✓ | |

Q Check method of accounting: (1) ☐ Cash   (2) ☑ Accrual   (3) ☐ Other (specify) ▶ ..............................
R Check this box if the S corporation has filed or is required to file **Form 8264**, Application for Registration of a Tax Shelter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶☐
S Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ▶☐
  If so, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.
T If section 1374 (new built-in gains tax) applies to the corporation, enter the corporation's net unrealized built-in gain as defined in section 1374(d)(1) (see instructions) ▶

### Designation of Tax Matters Person

The following shareholder is hereby designated as the tax matters person (TMP) for the tax year for which this tax return is filed:

Name of designated TMP ▶ *Steven A. Cohen*          Identifying number of TMP ▶ ███-2591

Address of designated TMP ▶ *c/o Morris Cohen P.C.*
*10540 NW 27th St Miami, FL 33172*

H733                                  1120S12  NTF 8065                           Form **1120S** (1987)

PC11108

Form 1120S (1987) Page 3

## Schedule K — Shareholders' Shares of Income, Credits, Deductions, etc. (See Instructions.)

| (a) Distributive share items | | (b) Total amount |
|---|---|---|

### Income (Losses) and Deductions

| | | |
|---|---|---|
| 1 Ordinary income (loss) from trade or business activity(ies) (page 1, line 21) | 1 | <144,632> |
| 2a Gross income from rental real estate activity(ies) . . . . 2a | | |
| b Minus expenses (attach schedule) . . . . . . . . . 2b | | |
| c Balance: net income (loss) from rental real estate activity(ies) | 2c | |
| 3a Gross income from other rental activity(ies) . . . . . 3a | | |
| b Minus expenses (attach schedule) . . . . . . . . . 3b | | |
| c Balance: net income (loss) from other rental activity(ies) | 3c | |
| 4 Portfolio income (loss): | | |
| a Interest income | 4a | 96,244 |
| b Dividend income | 4b | 3,942 |
| c Royalty income | 4c | |
| d Net short-term capital gain (loss) (Schedule D (Form 1120S)) | 4d | 19,995 |
| e Net long-term capital gain (loss) (Schedule D (Form 1120S)) | 4e | |
| f Other portfolio income (loss) (attach schedule) .. Tax Free Dividends (Interest) | 4f | 16,283 |
| 5 Net gain (loss) under section 1231 (other than due to casualty or theft) | 5 | |
| 6 Other income (loss) (attach schedule) | 6 | |
| 7 Charitable contributions (attach schedule) | 7 | |
| 8 Section 179 expense deduction (attach schedule) | 8 | 2310 |
| 9 Expenses related to portfolio income (loss) (attach schedule) (see instructions) | 9 | |
| 10 Other deductions (attach schedule) | 10 | |

### Credits

| | | |
|---|---|---|
| 11a Jobs credit (attach Form 5884) | 11a | |
| b Low-income housing credit (attach Form 8586) | 11b | |
| c Qualified rehabilitation expenditures related to rental real estate activity(ies) (attach schedule) | 11c | |
| d Credits related to rental real estate activity(ies) other than on lines 11b and 11c (attach schedule) | 11d | |
| e Credit(s) related to rental activity(ies) other than on lines 11b, 11c, and 11d (attach schedule) | 11e | |
| 12 Other credits (attach schedule) | 12 | |

### Tax Preference and Adjustment Items

| | | |
|---|---|---|
| 13a Accelerated depreciation of real property placed in service before 1987 | 13a | |
| b Accelerated depreciation of leased personal property placed in service before 1987 | 13b | |
| c Depreciation adjustment on property placed in service after 1986 | 13c | |
| d Depletion (other than oil and gas) | 13d | |
| e (1) Gross income from oil, gas, or geothermal properties | 13e(1) | |
| (2) Gross deductions allocable to oil, gas, or geothermal properties | 13e(2) | |
| f Other items (attach schedule) | 13f | |

### Investment Interest

| | | |
|---|---|---|
| 14a Interest expense on investment debts | 14a | — |
| b (1) Investment income included on lines 4a through 4f, Schedule K | 14b(1) | 136,454 |
| (2) Investment expenses included on line 9, Schedule K | 14b(2) | — |

### Foreign Taxes

| | | |
|---|---|---|
| 15a Type of income ........... | | |
| b Name of foreign country or U.S. possession ........... | | |
| c Total gross income from sources outside the U.S. (attach schedule) | 15c | |
| d Total applicable deductions and losses (attach schedule) | 15d | |
| e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15e | |
| f Reduction in taxes available for credit (attach schedule) | 15f | |
| g Other (attach schedule) | 15g | |

### Other Items

| | | |
|---|---|---|
| 16 Total property distributions (including cash) other than dividend distributions reported on line 18, Schedule K | 16 | |
| 17 Other items and amounts not included in lines 1 through 16, Schedule K, that are required to be reported separately to shareholders (attach schedule). | | |
| 18 Total dividend distributions paid from accumulated earnings and profits contained in other retained earnings (line 26 of Schedule L) | 18 | |

H733   1120S34   NTF 8069

PC11109

Form 1120S (1987) Page 4

### Schedule L — Balance Sheets

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 1,121,930 | | 300,145 |
| 2 Trade notes and accounts receivable | | | | |
| a Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 Federal and state government obligations | | | | |
| 5 Other current assets (attach schedule) | | 7,500,000 | | 7,543,400 |
| 6 Loans to shareholders | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | 912,465 | | 858,065 |
| 9 Buildings and other depreciable assets | 12,173 | | 14,493 | |
| a Less accumulated depreciation | 1,826 | 10,347 | 6,814 | 7,665 |
| 10 Depletable assets | | | | |
| a Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12 Intangible assets (amortizable only) | | | | |
| a Less accumulated amortization | | | | |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | 9,544,682 | | 8,718,275 |
| **Liabilities and Shareholders' Equity** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | | 1,905,585 | | 1,505,130 |
| 18 Loans from shareholders | | 3,125,277 | | 2,588,053 |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Capital stock | | 500 | | 500 |
| 22 Paid-in or capital surplus | | 4,506,500 | | 4,506,500 |
| 23 Accumulated adjustments account | | | 111,236 | |
| 24 Other adjustments account | | | | |
| 25 Shareholders' undistributed taxable income previously taxed | | | | |
| 26 Other retained earnings (see instructions) Check this box if the corporation has subchapter C earnings and profits at the close of the tax year ▶ ☐ (see instructions) | 6,810 | | 6,810 | |
| 27 Total retained earnings per books—Combine amounts on lines 23 through 26, columns (a) and (c) (see instructions) | | 6,810 | | 118,096 |
| 28 Less cost of treasury stock | | ( ) | | ( ) |
| 29 Total liabilities and shareholders' equity | | 9,544,682 | | 8,718,275 |

### Schedule M — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (If Schedule L, column (c), amounts for lines 23, 24, or 25 are not the same as corresponding amounts on line 9 of Schedule M, attach a schedule explaining any differences. See instructions.)

| | Accumulated adjustments account | Other adjustments account | Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of year | — | | |
| 2 Ordinary income from page 1, line 21 | <144,638.> | | |
| 3 Other additions | 255,874 | | |
| 4 Total of lines 1, 2, and 3 | 111,236 | | |
| 5 Distributions other than dividend distributions | | | |
| 6 Loss from page 1, line 21 | | | |
| 7 Other reductions | | | |
| 8 Add lines 5, 6, and 7 | | | |
| 9 Balance at end of tax year—Subtract line 8 from line 4 | 111,236 | | |

H733  1120S34  NTF 8057

| SCHEDULE D (Form 1120S) Department of the Treasury Internal Revenue Service | Capital Gains and Losses and Built-In Gains ▶ Attach to your tax return. ▶ See separate instructions. | | | | OMB No. 1545-0130 **1987** | |
|---|---|---|---|---|---|---|
| Name S.A.C. Trading Co. | | | | | Employer Identification number ████ 6503 | |

### Part I — Short-Term Capital Gains and Losses—Assets Held 6 Months or Less (One year or less if acquired after 12/31/87)

| (a) Kind of property and description (Example, 100 shares of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Cost or other basis, plus expense of sale | (f) Gain (or loss) ((d) less (e)) |
|---|---|---|---|---|---|
| 1  10,000 sh Stshwick Bnk | 9-11-87 | 12-31-87 | 178,014 | 287,869.50 | (109,856) |
|    10,000 sh CNW Corp | 10-22-87 | 11-12-87 | 226,365 | 289,702.50 | (63,337) |
|    30,000 sh Mobil Co. | 10-27-87 | 10-29-87 | 2,353,446 | 2,036,350.00 | 317,050 |

2  Short-term capital gain from installment sales from Form 6252, line 23 or 31 . . . . . . . . . . . . **2**
3  Unused capital loss carryover (attach computation)  From 1/31/87  1,170 . . . . . . . . **3** (183,911)
4  Net short-term capital gain (or loss) (combine lines 1, 2, and 3). Enter here and on line 4d or 6 of Schedule K of Form 1120S . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4** 19,985

### Part II — Long-Term Capital Gains and Losses—Assets Held More Than 6 Months (More than one year if acquired after 12/31/87)

| 5 | | | | | | |
|---|---|---|---|---|---|---|

6  Long-term capital gain from installment sales from Form 6252, line 23 or 31 . . . . . . . . **6**
7  Net long-term capital gain (or loss) (combine lines 5 and 6 and enter here). (Reduce this amount by any applicable tax on lines 17 and 29 below and enter this amount on line 4e or 6 of Sch. K of Form 1120S) . **7**
8  Enter section 1231 gain from line 9, Form 4797. (See instructions regarding casualties and thefts and the amount from this line to be entered on Schedule K of Form 1120S.) . . . . . . . . . . . . **8**
9  Net long-term capital gain (or loss) (combine lines 7 and 8) . . . . . . . . . . . . . . . . **9**

### Part III — Summary of Schedule D Gains for Tax Computation Purposes

**Note:** *If the corporation is liable for the excess net passive income tax (line 22a, page 1, Form 1120S), see line 10 instruction before completing line 10.*

10  Net capital gain—Enter excess of net long-term capital gain (line 9) over net short-term capital loss (line 4). If line 10 is more than $25,000, see instructions for Part IV. If line 10 is $25,000 or less, do not complete Part IV. **10** —

### Part IV — Tax Imposed on Certain Capital Gains (See instructions.)

11  Taxable income (see instructions and attach computation schedule) . . . . . . . . . . . **11**
12  Enter tax on line 11 amount (See instructions for computation of tax.) . . . . . . . . . . **12**
13  Net capital gain from line 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13**
14  Statutory minimum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14** $25,000
15  Subtract line 14 from line 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15**
16  Tax—Enter 34% of line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16**
17  Enter smaller of line 12 or line 16 here and on line 22b, page 1, Form 1120S . . . . . . . . **17**

### Part V — Tax Imposed on Certain Built-In Gains (See instructions.)

18  Taxable income (see instructions and attach computation schedule) . . . . . . . . . . . **18**
19  Recognized built-in gain (section 1374 (d)(2)) (see instructions and attach computation schedule) . **19**
20  Enter smaller of line 18 or 19 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **20**
21  Section 1374(b)(2) deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . **21**
22  Subtract line 21 from line 20. (If zero or less, enter zero here and on line 29.) . . . . . . . . **22**
23  Enter 46% of line 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **23**
24  Enter 34% of line 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **24**
25  Line 23 × (number of days in tax year before 7-1-87 / number of days in tax year) . . . . . . **25**
26  Line 24 × (number of days in tax year after 6-30-87 / number of days in tax year) . . . . . . **26**
27  Add lines 25 and 26 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **27**
28  Business credit carryforwards under section 1374(b)(3) from years the corporation was a C corporation . **28**
29  Tax—Subtract line 28 from line 27. Enter here and on line 22b, page 1, Form 1120S . . . . . **29**

For Paperwork Reduction Act Notice, see page 1 of Instructions for Form 1120S.   Schedule D (Form 1120S) 1987

PC11111

| Form **4562** | **Depreciation and Amortization** | OMB No 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ See separate instructions.<br>▶ Attach this form to your return. | **1987**<br>Attachment<br>Sequence No. **67** |

Name(s) as shown on return: S.A.C. Trading Corp

Identifying number: ████ 6503

Business or activity to which this form relates: Form 1120S

### Part I  Depreciation (Do not use this part for automobiles, certain other vehicles, computers, and property used for entertainment, recreation, or amusement. Instead, use Part III.)

**Section A.—Election To Expense Depreciable Assets Placed In Service During This Tax Year (Section 179)**

| | (a) Description of property | (b) Date placed in service | (c) Cost | (d) Expense deduction |
|---|---|---|---|---|
| 1 | Office Equipment | 11/87 | 2,310 | 2310 |

2 Listed property—Enter total from Part III, Section A, column (h).
3 Total (add lines 1 and 2, but do not enter more than $10,000)  ........ 2310
4 Enter the amount, if any, by which the cost of all section 179 property placed in service during this tax year is more than $200,000 ........ —
5 Subtract line 4 from line 3. If result is less than zero, enter zero. (See instructions for other limitations)  ........ 2310

**Section B.—Depreciation**

| (a) Class of property | (b) Date placed in service | (c) Basis for depreciation (Business use only—see instructions) | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 6 Accelerated Cost Recovery System (ACRS) (see instructions): *For assets placed in service ONLY during tax year beginning in 1987* | | | | | |
| a  3-year property | | | | | |
| b  5-year property | | | | | |
| c  7-year property | | | | | |
| d  10-year property | | | | | |
| e  15-year property | | | | | |
| f  20-year property | | | | | |
| g  Residential rental property | | | | | |
| h  Nonresidential real property | | | | | |

7 Listed property—Enter total from Part III, Section A, column (g).
8 ACRS deduction for assets placed in service prior to 1987 (see instructions) ........ 2673

**Section C.—Other Depreciation**

9 Property subject to section 168(f)(1) election (see instructions)
10 Other depreciation (see instructions)

**Section D.—Summary**

11 Total (add deductions on lines 5 through 10). Enter here and on the Depreciation line of your return (Partnerships and S corporations—Do NOT include any amounts entered on line 5.) ........ 2673
12 For assets above placed in service during the current year, enter the portion of the basis attributable to additional section 263A costs. (See instructions for who must use.) ........ —

### Part II  Amortization

| (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 1 Amortization for property placed in service only during tax year beginning in 1987 | | | | | |
| | | | | | |
| 2 Amortization for property placed in service prior to 1987 | | | | | |
| 3 Total. Enter here and on Other Deductions or Other Expenses line of your return | | | | | |

See Paperwork Reduction Act Notice on page 1 of the separate instructions.

Form **4562** (1987)

PC11112

Form 4562 (1987) Page 2

**Part III** Automobiles, Certain Other Vehicles, Computers, and Property Used for Entertainment, Recreation, or Amusement (Listed Property).

*If you are using the standard mileage rate or deducting vehicle lease expense, complete columns (a) through (d) of Section A, all of Section B, and Section C if applicable.*

Section A.—Depreciation (If automobiles and other listed property placed in service after June 18, 1984, are used 50% or less in a trade or business, the Section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

Do you have evidence to support the business use claimed? ☐ Yes ☐ No   If yes, is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business use percentage (%) | (d) Cost or other basis (see instructions for leased property) | (e) Basis for depreciation (Business use only—see instructions) | (f) Depreciation method and recovery period | (g) Depreciation deduction | (h) Section 179 expense |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Total (Enter here and on line 2, page 1.)

Total (Enter here and on line 7, page 1.)

Section B.—Information Regarding Use of Vehicles

*Complete this section as follows, if you deduct expenses for vehicles:*

- Always complete this section for vehicles used by a sole proprietor, partner, or other more than 5% owner or related person.
- If you provided vehicles to employees, first answer the questions in Section C to see if you meet an exception to completing this section for those items.

| | Vehicle 1 | | Vehicle 2 | | Vehicle 3 | | Vehicle 4 | | Vehicle 5 | | Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Total miles driven during the year | | | | | | | | | | | | |
| 2 Total business miles driven during the year | | | | | | | | | | | | |
| 3 Total commuting miles driven during the year | | | | | | | | | | | | |
| 4 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 5 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 6 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 7 Is another vehicle available for personal use? | | | | | | | | | | | | |

Section C.—Questions for Employers Who Provide Vehicles for Use by Employees.

*(Answer these questions to determine if you meet an exception to completing Section B. Note: Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.)*

| | Yes | No |
|---|---|---|
| 8 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 9 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | |
| 10 Do you treat all use of vehicles by employees as personal use? | | |
| 11 Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? | | |
| 12 Do you meet the requirements concerning fleet vehicles or qualified automobile demonstration use (see instructions)? | | |

**Note:** *If your answer to 8, 9, 10, 11, or 12 is "Yes," you need not complete Section B for the covered vehicles.*

| SCHEDULE K-1 (Form 1120S) Department of the Treasury Internal Revenue Service | Shareholder's Share of Income, Credits, Deductions, etc. For calendar year 1987 or tax year beginning ....2-1...., 1987, and ending ....12-31...., 19 87 ► For Paperwork Reduction Act Notice, see page 1 of Instructions for Form 1120S. | OMB No. 1545-0130 **1987** |
|---|---|---|

Shareholder's identifying number ► [redacted]-1581   Corporation's identifying number ► [redacted]-6503

Shareholder's name, address, and ZIP code
Steven A. Cohen
c/o Howard Cohen, M
10590 NW 27 ST #102
Miami, FL 33172

Corporation's name, address, and ZIP code
S.A.C. Trading Corp.
10550 NW 27 ST #102
Miami, FL 33172

A (1) Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) . . . . . ► 100 %
    (2) Number of shares owned by shareholder at tax year end . . . . . . . . . . . . . . . . . . . . ► 100
B Internal Revenue Service Center where corporation filed its return ► Atlanta
C Tax shelter registration number (see Instructions for Schedule K-1) . . . . . . . . . ► N/A
D Did the shareholder materially participate in the trade or business activity(ies) of the corporation? (See instructions for Schedule K-1. Leave the check boxes blank if there are no trade or business activities.) . . . . . . . . . ☑ Yes ☐ No
E Did the shareholder actively participate in the rental real estate activity(ies) of the corporation? (See instructions for Schedule K-1. Leave the check boxes blank if there are no rental real estate activities.) . . . . . . . . . ☐ Yes ☑ No
F If (1) question D is checked "No" or income or loss is reported on line 2 or 3 and (2) the shareholder acquired corporate stock after 10/22/86, check here ► ☐ and enter the shareholder's weighted percentage increase in stock ownership for 1987 (see instructions for Schedule K-1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► %
G If question D is checked "No" and any activity referred to in question D was started or acquired by the corporation after 10/22/86, check here ► ☐ and enter the date of start up or acquisition in the date space on line 1. Also, if an activity for which income or loss is reported on line 2 or 3 was started after 10/22/86, check the box and enter the start up date in the date space on line 2 or 3.
H If the short tax year shown above was a result of a change in tax year required by section 1378, check here . . . . ► ☑

Caution: *Refer to Shareholder's Instructions for Schedule K-1 before entering information from Schedule K-1 on your tax return.*

| | (a) Distributive share items | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| 1 | Ordinary income (loss) from trade or business activity(ies). Date: | (144,638) | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| 2 | Income or loss from rental real estate activity(ies). Date: | | |
| 3 | Income or loss from rental activity(ies) other than line 2 above. Date: | | |
| 4 | Portfolio income (loss): | | |
| a | Interest | 96,244 | Sch. B, Part I, line 2 |
| b | Dividends | 3,942 | Sch. B, Part II, line 4 |
| c | Royalties | | Sch. E, Part I, line 5 |
| d | Net short-term capital gain (loss) | 15,985 | Sch. D, line 5, col. (f) or (g) |
| e | Net long-term capital gain (loss) | | Sch. D, line 12, col. (f) or (g) |
| f | Other portfolio income (loss) | | (Enter on applicable line of your return.) |
| 5 | Net gain (loss) under section 1231 (other than due to casualty or theft) | | Form 4797, line 1 |
| 6 | Other income (loss) (attach schedule) Tax Free Interest | 16,283 | (Enter on applicable line of your return.) |
| 7 | Charitable contributions | | See Form 1040 Instructions. |
| 8 | Section 179 expense deduction (attach schedule) | 2,310 | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| 9 | Deductions related to portfolio income (loss) (attach schedule) | | |
| 10 | Other deductions (attach schedule) | | |
| 11a | Jobs credit | | Form 5884 |
| b | Low-income housing credit | | Form 8586, line B |
| c | Qualified rehabilitation expenditures related to rental real estate activity(ies) (attach schedule) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| d | Credits related to rental real estate activity(ies) other than on lines 11b and 11c (attach schedule) | | |
| e | Credits related to rental activity(ies) other than on lines 11b, c, and d (attach schedule) | | |
| 12 | Other credits (attach schedule) | | |
| 13a | Accelerated depreciation of real property placed in service before 1987 | | Form 6251, line 5a |
| b | Accelerated depreciation of leased personal property placed in service before 1987 | | Form 6251, line 5b |
| c | Depreciation adjustment on property placed in service after 1986 | | Form 6251, line 4g |
| d | Depletion (other than oil and gas) | | Form 6251, line 5h |
| e | (1) Gross income from oil, gas, or geothermal properties | | See Form 6251 Instructions. |
|  | (2) Gross deductions allocable to oil, gas, or geothermal properties | | |
| f | Other items (attach schedule) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |

Schedule K-1 (Form 1120S) (1987)             Page **2**

| | (a) Distributive share items | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | | Form 4952, line 1 |
| | b (1) Investment income included on Schedule K-1, lines 4a through 4f | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on Schedule K-1, line 9 | | |
| **Foreign Taxes** | 15a Type of income ▶ | | Form 1116, Check boxes |
| | b Name of foreign country or U.S. possession ▶ | | Form 1116, Part I |
| | c Total gross income from sources outside the U.S. (attach schedule) | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | | Form 1116, Part I |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | | Form 1116, Part III |
| | g Other (attach schedule) | | See Form 1116 Instructions. |
| **Other Items** | 16 Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 17 Amount of loan repayments for "Loans from Shareholders" | | |

| | | A | B | C | |
|---|---|---|---|---|---|
| **Property Subject to Recapture of Investment Credit** | 18 Properties: | | | | |
| | a Description of property (State whether recovery or non-recovery property. If recovery property, state whether regular percentage method or section 48(q) election used.) | | | | Form 4255, top |
| | b Date placed in service | | | | Form 4255, line 2 |
| | c Cost or other basis | | | | Form 4255, line 3 |
| | d Class of recovery property or original estimated useful life | | | | Form 4255, line 4 |
| | e Date item ceased to be investment credit property | | | | Form 4255, line 8 |

**Supplemental Schedules**

19 Supplemental information for lines 1 through 18 that is required to be reported separately to each shareholder (attach additional schedules if more space is needed):

☆ U. S. GOVERNMENT PRINTING OFFICE: 1987—183-212

PC11115

No. 1406

S.A.C. Trading Corp
Supplemental Schedule
Form 1140 - FE & M [REDACTED] 6543

|   | Description | (1) | (2) | (3) | (4) | (5) | (6) |
|---|---|---|---|---|---|---|---|
| 1 | From 1203 - Line 5 | | | | | | |
| 2 | Interest Income | | 16,720 | | | | |
| 3 | | | 1895 | | | | |
| 4 | Total | | 18,695 | | | | |
| 5 | Line 12 - Taxes | | | | | | |
| 6 | Payroll Taxes | | 362,354 | | | | |
| 7 | New York City Tax | | 78,142,451 | | | | |
| 8 | Total | | | | | | |
| 10 | Line 19 - Other Deductions | | | | | | |
| 11 | Entertainment Costs | | | 235,706 | | | |
| 12 | Workmen Compensation Ins. | | | 191,900 | | | |
| 13 | Disability Insurance | | | (1,795) | | | |
| 14 | General Insurance | | | 515,00 | | | |
| 15 | Investment Taxes | | | 1,770,206 | | | |
| 16 | Professional Fees | | | 1,366,043 | | | |
| 17 | Office Supplies | | | 78,075 | | | |
| 18 | Postage, Ed Exp | | | 373.00 | | | |
| 19 | Accounting Fees | | | 11,275,645 | | | |
| 20 | Consulting Fees | | | 16,733.00 | | | |
| 21 | Pension Administration | | | 165,238 | | | |
| 22 | Bank Charges | | | 4653 | | | |
| 23 | Computer Supplies | | | 42690 | | | |
| 24 | Total | | | 32,074,641 | | | |

PC11116

GAC Trading Corporation
Supporting Schedule
Balance Sheet

No. 1406

| | | Prior Year | Current Year | |
|---|---|---|---|---|
| Other General Assets | | | | |
| Preferred Stocks 1 | | 7,500,000.00 | 7,500,000.00 | |
| " 2nd M. etc. | | | 33,340.00 | |
| Total | | 7,500,000.00 | 7,533,340.00 | |
| | | | | |
| Other Investments | | | | |
| Cons. Lau. Hayes Div. | | 1,091,207.— | 2,521,746 | |
| " " - Gurable Co. Sub. To 3. Rept. | | 300,000.— | 300,000.— | |
| Alliance Light Reserve Amortization | | 3,158.— | 14,417.— | |
| Cons. Lua- Kellerman | | | 200,613.— | |
| | | 912,405.00 | 858,063.36 | |
| | | | | |
| Other Current Liab. Ithr. | | | | |
| P&I N Texas Payable | | 1,746,731.— | 1,505,150.— | |
| Payroll Cash Schon. Pay'ble | | 85,600.— | | |
| Federal Inc. Tax | | 73,064.— | | |
| Total | | 1,905,595.— | 1,505,150.00 | |