# EXHIBIT 78

*Donald T. Cohen, P.A.*

CERTIFIED PUBLIC ACCOUNTANT

MEMBER
AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
FLORIDA INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

TELEPHONE (305) 274-8194

Mr. and Mrs. Steven A. Cohen
New York, N.Y. 10005

I have compiled the accompanying statement of financial condition of Mr. and Mrs. Steven A. Cohen as of June 1, 1986 in accordance with standards established by the American Institute of Certified Public Accountants. The statement of financial condition is intended to present the assets of Mr. and Mrs. Steven A. Cohen at estimated current values and their liabilities at estimated current amounts.

A compilation is limited to presenting in the form of financial statements information that is the representation of the individuals whose financial statements are presented.

*[signature]*

Donald T. Cohen, P.A.
June 23, 1986

8525 S.W. 92ND STREET #A-2, MIAMI, FLORIDA 33156

PC11333
D. Ex. 215

MR. AND MRS. STEVEN A. COHEN
STATEMENTS OF FINANCIAL CONDITION
SEE ACCOUNTANT'S COMPILATION REPORT
JUNE 1, 1986

ASSETS:

| | |
|---|---:|
| Cash in banks-see attached schedule | $40,000 |
| Investments-moneymarket accounts-see attached schedule | 48 |
| marketable securities-see attached schedule | 4,127,096 |
| Related Corp.-S.A.C. Trading Corp. | 6,014,026 |
| Notes Receivable | 3,000,000 |
| Real estate owned | 450,000 |
| Miscellaneous Joint Ventures & Partnerships | 325,000 |
| Self Directed Profit Sharing Plan | 186,000 |
| Cash Surrender Life Insurance | 30,000 |
| Individual Retirement Acount | 10,500 |
| Personal Property | 55,000 |
| TOTAL ASSETS | $14,237,670 |

LIABILITIES AND NET WORTH:

| | |
|---|---:|
| Misc. Installment Debt | $25,000 |
| Broker Margin Debt | 2,022,140 |
| ESTIMATED INCOME TAXES, on the difference between the estimated current values of assets and the estimated current amounts of liabilities and their tax bases | $3,250,000 |
| TOTAL LIABILITIES | $5,297,140 |
| NET WORTH | 8,940,530 |

MR. AND MRS. STEVEN A. COHEN
STATEMENTS OF FINANCIAL CONDITION
SEE ACCOUNTANT'S COMPILATION REPORT
JUNE 1, 1986

SCHEDULE 1:
CASH IN BANK

| | |
|---|---:|
| IRVING TRUST COMPANY | $25,000 |
| MIDLANTIC BANK | 15,000 |
| TOTAL CASH IN BANK | $40,000 |

SCHEDULE 2:
INVESTMENTS-MONEYMARKET ACCOUNTS

| | |
|---|---:|
| TAX EXEMPT MONEY MARKET-KEMPER FUND | $48 |
| TOTAL MONEYMARKET ACCOUNTS | $48 |

SCHEDULE 3:
INVESTMENTS-MARKETABLE SECURITIES

| NAME OF SECURITY | NUMBER OF SHARES OR BONDS | MARKET VALUE |
|---|---:|---:|
| PHARMATEC INC. | 9,000 | $55,683 |
| AMERICAN VIDEO (UNITS) | 20,000 | 90,000 |
| C3 INC. | 4,300 | 38,163 |
| ENERGY CONVERSION DEVICES | 4,000 | 92,000 |
| R.C.A. CORPORATION | 40,000 | 2,645,000 |
| WEST BABYLON T/E BOND | 1,000,000 | 1,000,000 |
| GRUNTAL & CO. (RESTRICTED) | 25,000 | 206,250 |
| TOTAL MARKETABLE SECURITIES | | $4,127,096 |

SCHEDULE 4:
REAL ESTATE OWNED

| | |
|---|---:|
| NEW JERSEY RESIDENCE | 450,000 |

PC11335