# WILLKIE FARR & GALLAGHER LLP

MARTIN KLOTZ
212 728 8688
mklotz@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

September 21, 2015

**VIA ECF**

The Honorable Loretta A. Preska
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

Re:   Cohen v. Cohen et al., 09-CV-10230 (LAP)

Dear Chief Judge Preska:

      We represent Defendants Steven Cohen and Donald Cohen in the above-referenced action. We write, pursuant to Your Honor's Individual Practice Rule 2(E), to request oral argument on Defendants' motion for summary judgment.

Respectfully submitted,

_/s/ Martin Klotz_
Martin Klotz


cc:   Gerald B. Lefcourt, Esq.
      Sheryl E. Reich, Esq.